UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCOTTY THYNG,

    Plaintiff,

v.

FEDERAL EMERGENCY
MANAGEMENT AGENCY,

    Defendant.

CIVIL ACTION NO. 05 10987 RGS

MAGISTRATE JUDGE JGD

## NOTICE OF REMOVAL

The Defendant, the Federal Emergency Management Agency ("FEMA"), by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby gives notice of its removal of this action to the United States District Court for the District of Massachusetts.

Removal of this action is proper pursuant to 28 U.S.C. §§ 1441(a)[1] and 1441(b) because it is an action brought under the laws of the United States pursuant to 28 U.S.C. §§ 1331 and 1346, and 28 U.S.C. § 1442(a)(1) because the defendant is an agency of the United States.

Removal is also proper pursuant to 42 U.S.C. § 4104(g) of the National Flood

---

[1] Section 1441(a) states (in relevant part): "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

Insurance Program.

The defendant has attached to this NOtice copies of all state court pleadings received to date by FEMA. The defendant is not aware of any other Notice of Removal of this action.

WHEREFORE, the defendant requests that this action be entered upon the docket of this Court and, upon filing a copy of this Notice with the Clerk of the Suffolk County, Superior Court Department, that the Suffolk Superior Court shall proceed no further.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Anita Johnson
Anita Johnson
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3282

### CERTIFICATE OF SERVICE

I hereby certify that on this day, I gave notice of the filing of the foregoing by mailing a copy of same, postage prepaid, first-class mail to the plaintiff *(pro se)*, Scotty Thyng, P. O. Box 990813, Boston, MA 02199.

/s/ Anita Johnson
Anita Johnson

Dated: May 12, 2005

Thyng v. FEMA 4/20/05

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                Superior Court Department

*********************

Scotty Thyng

        Plaintiff

v.

                                    **INITIAL PLEADING AND
STATEMENT OF CLAIM THYNG
V. FEMA 4/20/05**

FEMA, et al

        Defendant

Dean Savramis
FEMA
Federal Emergency Management Agency
99 High Street
6th Floor
Boston, MA 02110

*********************

Now comes the Plaintiff Scotty Thyng and makes Pleading to the Court as follows. Now comes the Plaintiff Scotty Thyng and under oath does state the following.

FEMA has misrepresented the process for Thyng to build on his valuable land during a three-year period.

FEMA has issued a purported form, which will possibly render Thyng's valuable land unbuildable - a LOMR. Without injunctive relief Thyng may lose his valuable appeal rights to build on his $600,000 house lot.

The LOMR contradicts previous paperwork issued by FEMA.

Thyng feels FEMA has rushed through a hastily prepared and ill-advised document at the last minute to prevent Thyng after a three-year period of permitting from building on his valuable property.

Their actions and inactions amount to an illegal land taking and a temporary eminent domain taking without compensation.

Thyng seeks damages and compensatory damages of $1,000,000. Thyng seeks relief of having FEMA revise the LOMR removing all of his property upland of the seawall from the SFHA in accordance with his prior requests. Thyng requests FEMA revise the BFE to 10 NGVD in accordance with his submissions on or ag 1-7/04

Signed under the pains and penalties of perjury.

Page 1 of 2

Apr-21-2005 10:34am  From-FEMA-Region Boston MA MT Div.  617-223-9874  T-585 P.005/014  F-647

Case 1:05-cv-10987-RGS   Document 1   Filed 05/12/2005   Page 4 of 12

Page 6 of 100

2005-04-20 23:56:40 (GMT)                                                                From: Scotty Thyng

TO:12063393407                                    P:4/14

FEB-6-2020  10:47A FROM:

Thyng v. FEMA 4/20/05

Respectfully submitted,
Plaintiff

Scotty Thyng
PO box 990813
Boston, MA 02199

### AFFIDAVIT AND CERTIFICATE OF SERVICE/NOTIFICATION

I, Scotty Thyng, hereby certify the following to be the sworn truth.

I have delivered by Certified Mail Restricted, copies of the Complaint and all documents listed on cover letter in accordance with Rule 7 to the Defendant.

Scotty Thyng
PO box 990813
Boston MA 02199

Dated this 20th of April 2005

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                    Superior Court Department

*********************************

Scotty Thyng

      Plaintiff,

V.
                                **MEMORANDUM IN SUPPORT OF**
                                **INITIAL PLEADING STATEMENT**
                                **THYNG V. FEMA 4/20/05**

FEMA, et al

      Defendant

Dean Savramis
FEMA
Federal Emergency Management Agency
99 High Street
6th Floor
Boston, MA 02110

*********************************

Now comes the Plaintiff Scotty Thyng and under oath does state the following.

FEMA has misrepresented the process for Thyng to build on his valuable land during a three-year period

FEMA has issued a purported form, which will possibly render Thyng's valuable land unbuildable- a LOMR. This LOMR is unclear and violates many of FEMA's own requirements for clarity. For example there is no detailed way to even delineate the land areas FEMA refers to much less for a surveyor to design a house foundation in accordance with national Flood Insurance Program (NFIP).

The LOMR contradicts previous paperwork issued by FEMA.

Thyng feels FEMA has rushed through a hastily prepared and ill-advised document at the last minute to prevent Thyng after a three-year period of permitting from building on his valuable property.

Their actions and inactions amount to an illegal land taking and a temporary eminent domain taking without compensation

Signed under the pains and penalties of perjury this 4/20/05

                _/s/ Scotty Thyng_

Scotty Thyng

## AFFIDAVIT AND CERTIFICATE OF SERVICE/NOTIFICATION Thyng v. FSMA 4/20/05

### AFFIDAVIT AND CERTIFICATE OF SERVICE/NOTIFICATION

I, Scotty Thyng, hereby certify the following to be the sworn truth.

I have delivered by Certified Mail Resticted, copies of the Complaint and all documents listed on cover letter in accordance with Rule 7 to the Defendant

*[signature]*

Scotty Thyng
PO box 990813
Boston MA 02199

Dated this 20th of April 2005

Apr-21-2005 10:34am From-FEMA-Region Boston MA MT Div. 617-223-9574 T-965 P.008/011 F-847
Case 1:05-cv-10987-RGS Document 1 Filed 05/12/2005 Page 7 of 12

Page 11 of 100      2005-04-20 23:56:40 (GMT)      From: Scotty Thyng

FEB-6-2000   10:49A FROM:      TO:12063393407     P:9/14

Thyng v. FEMA 4/20/05

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss      Superior Court Department

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Scotty Thyng

     Plaintiff,

v.

     **MOTION FOR IMMEDIATE INJUNCTIVE RELIEF THYNG V. FEMA 4/20/05**

FEMA, et al

     Defendant

Dean Savramis
FEMA
Federal Emergency Management Agency
99 High Street
6th Floor
Boston, MA 02110

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now comes the Plaintiff Scotty Thyng and makes Pleading to the Court as follows. Thyng pleads for this court to issue the attached Injunction to prevent FEMA from taking action on the LOMR pending Thyng preserving and pursuing all rights and remedies at law and by FEMA regulations.

Without this immediate Injunctive relief Thyng may face the loss of value of his property after a three-year period of permitting.

Signed under the pains and penalties of perjury.

                               Respectfully submitted,
                               Plaintiff

                               Scotty Thyng
                               PO box 990813
                               Boston, MA 02199

## AFFIDAVIT AND CERTIFICATE OF SERVICE/NOTIFICATION

I, Scotty Thyng, hereby certify the following to be the sworn truth.

I have delivered by Certified Mail restricted, copies of the Complaint and all documents listed on cover letter in accordance with Rule 7 to the Defendant.

Page 1 of 3

Apr-21-2005 10:35am From-FEMA-Region Boston MA MT Div. 617-223-9574 T-965 P.009/011 F-547
Case 1:05-cv-10987-RGS Document 1 Filed 05/12/2005 Page 8 of 12

Page 12 of 100 2005-04-20 23:56:40 (GMT) From: Scotty Thyng

FEB-6-2000 10:49A FROM: TO:12263393407 P:10/14

Thyng v. FEMA 4/20/05

*[signature]*

Scotty Thyng
PO box 990813
Boston MA 02199

Dated this 20th of April 2005

Apr-21-2005 10:55am From-FEMA-Region Boston MA MT Div. 617-223-9574 T-965 P.011/011 F-647
Case 1:05-cv-10987-RGS    Document 1    Filed 05/12/2005    Page 9 of 12

Page 14 of 100                          2005-04-20 29:58:40 (GMT)                    From: Scotty Thyng

FEB-6-2000  10:49A FROM:                                    TO:12063393407         P:12/14

AFFIDAVIT AND CERTIFICATE OF SERVICE/NOTIFICATION Thyng v. FEMA 4/20/05

## AFFIDAVIT AND CERTIFICATE OF SERVICE/NOTIFICATION

I, Scotty Thyng, hereby certify the following to be the sworn truth.

I have delivered by Certified Mail Restricted, copies of the Complaint and all documents listed on cover letter in accordance with Rule 7 to the Defendant

Scotty Thyng
PO box 990813
Boston MA 02199

Dated this 20th of April 2005

p s
4/3

4/22/05

Clerk, Civil Business
Suffolk Superior Court Department
90 Devonshire St.
Boston, MA 02109

Re:  05-15330
     Scotty Thyng v. FEMA, et al (Dean Savramis)

Dear Sir/Madam:

Pursuant to Massachusetts Civil procedure Rule 9A, enclosed for filing please find:

1. Interlocutory Order on Preliminary Injunction and Injunction Thyng v. Fema
2. Certificate of Service

Please stamp these received and forward proof of filing to me in the enclosed self addressed stamped envelope.

Thank you for your assistance.

Very truly yours,

Scotty Thyng
PO box 990813
Boston MA 02199

✓ Cc: by USPS First Class Mail
Dean Savramis
FEMA
Federal Emergency Management Agency
99 High Street
6th Floor
Boston, MA 02110

## AFFIDAVIT AND CERTIFICATE OF SERVICE

I, Scotty Thyng, hereby certify the following to be the sworn truth.

I have delivered by USPS First Class Mail, copies of the attached Interlocutory Order on Preliminary Injunction and Injunction Thyng v. Fema to the Defendants as listed in accordance with Mass Rules of Civil Procedure.

dated 4/22/05

Page 1 of 1

DS
2/3

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 05-1533

_Thomas_ _____ Plaintiff(s)

v.

_FEMA_ _____ Defendant(s)

INTERLOCUTORY ORDER ON
PRELIMINARY INJUNCTION

This action came on the further heard at this sitting upon the return of an order of notice to show cause why the application for a preliminary injunction should not be granted, and was argued by counsel; and thereupon, upon consideration thereof, it is ORDERED and ADJUDGED that upon payment the clerk of the sum of $50.00 the application under the _____ prayers of the Complaint hereby is granted, and the defendant, _____

enjoined and restrained from

_See attached form_

until further order of Court.

By the Court (             . J.)

Entered _____ 2000 _____                        _____
                                                     Assistant Clerk

Sent FEMA 1st class mail 4/21/05

Thyng v. FEMA 4/20/05

bs
3/3

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK. ss                                   Superior Court Department

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Scotty Thyng

  Plaintiff,

v.

                                    **INJUNCTION THYNG V. FEMA**
                                    4/20/05

FEMA, et al

  Defendant

Dean Savramis
FEMA
Federal Emergency Management Agency
99 High Street
6th Floor
Boston, MA 02110

*4/21/05 After a hearing w/pl.
present and def receiving
notice and not appearing,
the PI is issued
until 6/1/05 at 2pm*

································································

This court does issue preliminary injunctive relief to the Plaintiff Scotty Thyng regarding the finality of the LOMR issued by FEMA in accordance with Thyng's pleadings of 4/20/05.

This court orders FEMA to cease and desist from finalizing this LOMR pending Thyng's rights to appeals and at law. *This preliminary injunction will be reheard on 6/1/05, 2pm in Courtroom 314.*

Issued this  21st  day of  April  2005

By Judge  Cratsley  Suffolk Superior Court

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
SCOTTY THYNG

## DEFENDANTS
FEDERAL EMERGENCY MANAGEMENT AGENCY

(b) County of Residence of First Listed Plaintiff __SUFFOLK__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney'S (Firm Name, Address, and Telephone Number)
Pro se plaintiff, Scotty Thyng
P. O. Box 990812
Boston, MA 02199
(999) 999-9999

Attorneys (If Known)
Anita Johnson, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

10987 RGS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- 1 U.S. Government Plaintiff
- 2 U.S Government Defendant
- X 3 Federal Question (U.S. Government Not a Party)
- 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 690 Other | SOCIAL SECURITY | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | LABOR | 861 HIA (1395ff) | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | 710 Fair Labor Standards Act | 862 Black Lung (923) | 891 Agricultural Acts |
| 195 Contract Product Liability | PERSONAL INJURY | 720 Labor/Mgmt. Relations | 863 DIWC/DIWW (405(g)) | 892 Economic Stabilization Act |
| REAL PROPERTY | 362 Personal Injury – Med. Malpractice | 730 Labor/Mgmt. Reporting & Disclosure Act | 864 SSID Title XVI | 893 Environmental Matters |
| 210 Land Condemnation | 365 Personal Injury – Product Liability | 740 Railway Labor Act | 865 RSI (405(g)) | 894 Energy Allocation Act |
| 220 Foreclosure | 368 Asbestos Personal Injury Product Liability | 790 Other Labor Litigation | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | PERSONAL PROPERTY | 791 Empl. Ret. Inc. Security Act | 870 Taxes (U.S. Plaintiff or Defendant) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 370 Other Fraud | | 871 IRS - Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 371 Truth in Lending | | | 890 Other Statutory Actions |
| 290 All Other Real Property | 380 Other Personal Property Damage | | | |
| CIVIL RIGHTS | 385 Property Damage Product Liability | | | |
| 441 Voting | PRISONER PETITIONS | | | |
| 442 Employment | 510 Motions to Vacate Sentence | | | |
| 443 Housing/Accommodations | Habeas Corpus: | | | |
| 444 Welfare | 530 General | | | |
| 440 Other Civil Rights | 535 Death Penalty | | | |
| | 540 Mandamus & Other | | | |
| | 550 Civil Rights | | | |
| | 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- X 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 U.S.C. 4001, et seq.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: X Yes   No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 05-12-2005
SIGNATURE OF ATTORNEY OF RECORD: /s/ Anita Johnson, AUSA

FOR OFFICE USE ONLY

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

This form was electronically produced by Elite Federal Forms, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)   **Thyng, et al.   v.   United States of America**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    __ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    __ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

    X  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    __ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,    05-10987 RGS
             690, 810, 861-865, 870, 871, 875, 900.

    __ V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                        YES ☐       NO X

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)

                                                        YES ☐       NO X

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                        YES ☐       NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                        YES ☐       NO X

7. Do all of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                        YES X       NO ☐

    A.   If yes, in which division do all of the non-governmental parties reside?

         Eastern Division  X      Central Division  ☐      Western Division  ☐

    B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

         Eastern Division  ☐      Central Division  ☐      Western Division  ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

                                                        YES ☐       NO X

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME     Anita Johnson, Assistant U.S. Attorney
ADDRESS   U.S. Attorney's Office, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210
TELEPHONE NO.  (617) 748-3282

(Category Sheet.wpd - 10/17/02)