```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS


SCOTTY THYNG,                )
                             )
        Plaintiff,            )
                             )
        v.                   )    CASE NO: 05-10987-RGS
                             )
FEDERAL EMERGENCY            )
MANAGEMENT AGENCY,           )
        Defendant.           )
_____)
```

## ANSWER

Defendant, Federal Emergency Management Agency (hereafter, "FEMA"), a component agency of the Department of Homeland Security, an agency of the United States, answers Plaintiff's Initial Pleading and Statement of Claim (hereafter, "Complaint"), as follows:

1. FEMA denies the allegations of the first paragraph of the Complaint (which is unnumbered). Defendant denies that it misrepresented to Plaintiff the process for building on Plaintiff's land. Defendant does not and has no authority to grant building permits, implement local land use regulations, or otherwise regulate local land use or building activities. Pursuant to 42 U.S.C. §§ 4001 *et seq.*, FEMA administers the National Flood Insurance Program ("NFIP"), a program that provides Federal flood insurance to members of the general public who chose to buy it, where flood insurance is otherwise commercially-unavailable and where the community has elected to participate in the NFIP and agrees, as a condition of

1

participation, to implement minimum floodplain management ordinances.  As part of the NFIP, FEMA issues Flood Insurance Rate Maps ("FIRMs") that map the flood risk in a particular area. See 42 U.S.C. §§ 4101, 4104.

2.   FEMA denies the second paragraph of the Complaint, except to admit that plaintiff applied for a Letter of Map Revision ("LOMR").  A LOMR is an administrative vehicle through which a FIRM may be revised based on scientific and technical evidence produced by an applicant that shows that land is not properly included within a Special Flood Hazard Area ("SFHA").  See 44 C.F.R. § 65.6(b).  Pursuant to FEMA regulations, FEMA is required to map the risk of flood based on the scientific and technical evidence available.  FEMA denied Plaintiff's request for a LOMR and extended the portion of Plaintiff's land falling within an SFHA based on the scientific and technical evidence made available to FEMA by Plaintiff.

3.   FEMA denies the third paragraph of the Complaint.  Plaintiff previously applied for a Letter of Map Amendment ("LOMA"), seeking to amend the FIRM to partially remove some of the subject property from a SFHA, but Plaintiff submitted a LOMR request with more extensive scientific and technical information that showed that more of the subject property was required to be in an SFHA.

4.   FEMA denies the fourth paragraph of the Complaint.

5.   The fifth paragraph of the Complaint makes no factual allegations and no response is required.

6.   The sixth paragraph of the Complaint makes no factual allegations and no answer is required.

**<u>AFFIRMATIVE DEFENSES</u>**

<u>FIRST AFFIRMATIVE DEFENSE</u>

Plaintiff has failed to state a claim upon which relief can be granted.

<u>SECOND AFFIRMATIVE DEFENSE</u>

This Court lacks subject matter jurisdiction over this suit.

<u>THIRD AFFIRMATIVE DEFENSE</u>

Plaintiff has failed to exhaust his administrative remedies pursuant to the NFIP and the Federal Tort Claims Act.

<u>FOURTH AFFIRMATIVE DEFENSE</u>

There has been no waiver of sovereign immunity allowing this suit.

Accordingly, Defendant respectfully suggests that Plaintiff's claims are meritless, that Plaintiff is not entitled to judicial review of FEMA's actions, and that Defendant will be entitled to an

award of its costs and fees in defending this action.

                              Respectfully Submitted

                              MICHAEL J. SULLIVAN
                              United States Attorney


                     By:  /S/ Anita Johnson
                         ANITA JOHNSON
                         Assistant U.S. Attorney
                         Suite 9200, Moakley United
                         States Courthouse
                         One Courthouse Way
                         Boston, Mass. 02210
                         (617)748-3282

Of Counsel:

Jordan S. Fried
Associate General Counsel for Litigation
Federal Emergency Management Agency
500 C Street S.W., Suite 840
Washington D.C. 20472
(202) 646-4112


## Certificate of Service

    I hereby certify that I have served the foregoing upon Scotty Thyng, P.O. Box 990813, Boston, Massachusetts 02109, by first class mail, postage prepaid, on this 18th day of May 2005.

                              /S/ Anita Johnson