UNITED STATES OF AMERICA

MOAKLEY DISTRICT COURT OF BOSTON      CASE NO. 05-10987-RGS

```
-------------------------------------)
SCOTTY THYNG                         )
                                     )
       Plaintiff                     )
                                     )
                                     )
v.                                   )
                                     )
                                     )
FEMA et al                           )
                                     )
       Defendants                    )
                                     )
-------------------------------------)
```

## 5/27/05 EMERGENCY MOTION TO CONTINUE INJUNCTION

Now comes Plaintiff Thyng and states the following under oath.

Thyng has filed suit in Suffolk Superior Court and obtained a temporary injunction against all action by FEMA dated 4/21/05 (Attached Exhibit "A" 2 pages). Said preliminary injunction was scheduled for hearing to continue on 6/1/05. Said action has been removed to this court on 5/12/05.

Thyng has properly filed for administrative relief on 4/21/05 to the Mayor of Quincy an 81 page Appeal of the FEMA LOMR and which was copied to the Region One office of FEMA (Attached Exhibit "B" 5 pages). Thyng has had no response to the appeal. Thyng cannot get any independent verification that his appeal has been accepted nor determine what process if any the appeal will take.

Thyng has properly filed for production of documents to the FEMA Region One office and the Washington Office on 4/21/05 but has had no response (Attached Exhibit "C" 3 pages).

Thyng has furnished copies of the above to US District Attorney Johnson by 18-page letter at her request and to FEMA Region One Assistant Director Merli 112 page letter at his request (see attached Exhibit "D" 2 pages).

Plaintiff is three years into the process of receiving a building permit, subsequent to receiving a FEMA LOMA removing 90% of Plaintiff's land from flood area. Plaintiff

was to receive said permit on 2/22/05 until a neighbor made an administrative appeal of DEP order of conditions, based on the proposed FEMA LOMR. Said LOMR revision would not have even become effective until 4/22/05, assuming no appeals to it were filed. Thyng cannot even get responses to his inquiries much less documentation that the LOMR did not even take effect, to furnish the DEP to lift stay of his order. Thyng is unjustly being prevented from building a house on his land.

It is manifestly unjust for FEMA to attempt to issue a LOMR which may render Plaintiff's land unbuildable, yet refuse all communication with Plaintiff and refuse to produce documents alleged in the creation of said LOMR. Plaintiff has properly filed appeal within the necessary time frame but has had to go on notice and retain the right to modify said appeal subsequent to receipt of documentation.

Plaintiff has no other administrative rights or otherwise to prevent said injustice but to petition this court to continue existing injunction and order Defendant to produce full copies of documents necessary for Thyng to amend his administrative appeal, and for Defendant to confirm or deny that appeal has been properly filed.

Respectfully Submitted 5/27/05

Scotty Thyng
PO box 990813
Boston MA 02199

C5 10987-RGS

DC
JH
4/24

Exhibit "A"

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                     SUPERIOR COURT DEPARTMENT
                                 OF THE TRIAL COURT
                                 CIVIL ACTION
                                 No. 05-1533

_Thyng_ Plaintiff(s)

v.

_FEMA_ Defendant(s)

INTERLOCUTORY ORDER ON
PRELIMINARY INJUNCTION

This action came on the further heard at this sitting upon the return of an order of notice to show cause why the application for a preliminary injunction should not be granted, and was argued by counsel; and thereupon, upon consideration thereof, it is ORDERED and ADJUDGED that upon payment the clerk of the sum of $50.00 the application under the _____ prayers of the Complaint hereby is granted, and the defendant, _____

enjoined and restrained from

_See attached form_

until further order of Court.

By the Court (          J.)

Entered _____ 2000 _____

Assistant Clerk

Thyng v FEMA 4/20/05

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                    Superior Court Department

*********************

Scotty Thyng
         Plaintiff

v.                                             INJUNCTION THYNG V. FEMA
                                               4/20/05

FEMA, et al

         Defendant

Dean Savramis
FEMA
Federal Emergency Management Agency
99 High Street
6th Floor
Boston, MA 02110

4/21/05 After a hearing w/pl. present and def receiving notice and not appearing, the PI is issued until 6/1/05 at 2pm

--------------------------------------------------

This court does issue preliminary injunctive relief to the Plaintiff Scotty Thyng regarding the finality of the LOMR issued by FEMA in accordance with Thyng's pleadings of 4/20/05

This court orders FEMA to cease and desist from finalizing this LOMR pending Thyng's rights to appeals and at law. This preliminary injunction will be reheard on 6/1/05, 2pm in Courtroom 314.

Issued this 21st day of April 2005

By Judge _Cratsley_ Suffolk Superior Court

Page 3 of 3

DC
JH
12/74

4-21-05

Mayor Phelan
City of Quincy
1305 Hancock St
Quincy MA 02169



Exhibit "B"

Re:   Appeal of FEMA LOMR  04-01-055P
      Protest of FEMA LOMR  04-01-055P

      Appeal & Protest of 11/14/03 FIRM & FIS submitted to Quincy

Dear Sir:

Find enclosed 81 page Appeal of FEMA LOMR  04-01-055P dated 4/20/05 copied to Dean Savramis at FEMA.

Find enclosed notice that I will be filing a Protest of FEMA LOMR  04-01-055P.

Find enclosed notice of Appeal & Protest of 11/14/03 FIRM & FIS submitted to Quincy. When received and reviewed I will be filing an appeal and protest if these negatively affect my property.

Under the FOI I request copies of 11/14/03 FIRM & FIS submitted to Quincy, evidence and copy of exactly what was publicly advertised and dates in accordance with FEMA LOMR  04-01-055P, evidence and copy of exactly what was advertised and dates of the 11/14/03 FIRM & FIS submitted to Quincy, and copies of all files that pertain to the above and that effect or potentially effect my property at 202 Manet Av.

Very truly yours,

Scotty Thyng
PO box 990813
Boston MA 02199

Enc. as above

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Mayor Phelan
City of Quincy
1305 Hancock St.
Quincy, MA 02169

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7004 1160 0004 8126 7315

PS Form 3811, August 2001   Domestic Return Receipt

FLAT RATE POSTAGE REGARDLESS OF WEIGHT
DOMESTIC USE ONLY
FOR PICKUP CALL 1-800-222-1811

CERTIFIED MAIL
OFFICIAL USE
7004 1160 0004 8126 7315

Mayor Phelan
City of Quincy
1305 Hancock St.
Quincy MA 021[69]

The efficient FLAT RATE ENVELOPE. You don't have to weigh the envelope. Just pack all your correspondence and documents inside and pay only the FLAT RATE Priority Mail postage. We Deliver.

DOMESTIC USE ONLY
FLAT RATE PRIORITY MAIL
POSTAGE REQUIRED

4/20/05 Appeal LOMR and Resubmission LOMR



4/20/05

Dean Savramis
FEMA
Federal Emergency Management Agency
99 High Street
6th Floor
Boston, MA 02110

Dean.Savramis@dhs.gov

Re:   Scotty Thyng
      202 Manet Av
      Quincy MA

Dear Dean,

I am responding to your letter of 8/30/04 attached below (and enclosed for your reference- see Exhibit "A" 1 page).

In reviewing my notes you are correct that you did not state or infer that you had met with Rebecca, merely that she was very familiar with this.

You and I met on 9/20/03 and you supplied me a topo plan of my property that I supplied my lawyer for my NOI application to the DEP (and enclosed for your reference- see Exhibit "B" 1 page).

You will note the topo plan shows the seawall and I have marked the 11' NGVD contour line. This line is in fact identical within a few feet horizontally of the field topographic survey I had done.

I had the LOMA done (03-01-1862A) which took @ 14 months of exhaustive work based on the forms I got from your office and good advice. During that work and my many calls to Dewberry it became clear that the FIRM SFHA line was intended to be the seawall on my property. I had also met with Paul Ford of your office on 9-9-02 and showed him these materials. Paul suggested we get the "seawall remapped" which I had thought at the time of my LOMA would have been done. In overlaying a FIRM map to an assessors plan it is quite evident the SFHA line is intended to be the seawall. Troy Thielan of Dewberry had on several later occasions mentioned that if I had a field topo done they could probably remove the entire parcel from SFHA as it was fairly obvious that the curvilinear line was indicative of a seawall. I did not do this as my foundation needed 25' setback anyway and the line was only @ 30' from the seawall.

Page 1 of 4

4/20/05 Appeal LOMR and Resubmission LOMR

I eventually did have a field survey topo done and received a Superceding Order of Conditions (SOC) from the DEP when Quincy again failed to act on my WPA submission.

During the spring and early summer of 2004 when we were still unable to get Quincy to accept your LOMA as evidence we were not building in SFHA, I had the idea to request a LOMR based on the topo and the seawall. My engineer said if I got that it would be illegal for Quincy to deny my permit!

I submitted the forms to Dewberry and to City of Quincy NFIP Coordinator. Quincy NFIP never responded and at the same time Dewberry and FEMA informed me they could not do a LOMR due to lack of documents, money etc. It is quite a convoluted story between last August and January but apparently a former Dewberry employee working at FEMA got copies of the application that was returned to me as rejected and "issued" a LOMR (04-01-055P). While this is quite curious and other parties are now trying to track down what happened, I am in the position of having to appeal this LOMR.

The final appeal period on my SOC from the neighbor across the street, is due to expire shortly which will allow me to build or sell the land. This LOMR may however cloud that process now. It is my understanding that inasmuch as my applications and permits etc. predate anything being done now by FEMA that they will not affect me. I need you to confirm that.

I have recently found out that I can appeal the LOMR, which I will do here, and which will be based in part on documents previously furnished you by fax.

While I am still unclear as to the LOMR it appears that gentleman has confused the seawall line with the 11" NGVD topo grade and feels that the LOMA was "way off". This is obviously untrue as even the topo you provided shows the grade line roughly where it ended up.

More importantly however is to get back to the original purpose of my submission, which he does not even address. The combination lot of primarily A3-11 is fully protected by modern poured concrete seawall built in 1960 by state and federal agencies to code and which has elevation of 12.3 NGVD- effectively protecting and removing the entire parcel from SFHA.

I understand from my research today on Title 44, Volume 1 PART 72—PROCEDURES, that I have within 90 days of the LOMR to resubmit and have that LOMR changed and amended.

---

I am formally requesting resubmission of my LOMR to you. I am enclosing an 8 ½ X 11 plan of the seawall for your use (Exhibit "C" 1 page). In accordance with PART 70-- PROCEDURE FOR MAP CORRECTION "... an owner or lessee of property who believes his property has been inadvertently included in designated A Zone... as a result of the transposition of the curvilinear line... on either an FHBM or FIRM."

Page 2 of 4

4/20/05 Appeal LOMR and Resubmission LOMR

I am also enclosing copies of my fax transmissions to you of 1-7-04 16 pages (Exhibit "D") and my 7-5-04 to Dewberry of 19 pages (Exhibit "E") and 7-5-04a of 21 pages (Exhibit "F"). I am formally appealing the LOMR to you. The scientific evidence is in the above and the odd "bowling alley" transect as you called it. In addition I will supplement this appeal with more documents as I receive and review them. While I know the appeal has to be done within 90 days, I reserve the right to supplement it after that date with documents which were either not furnished me through no fault of mine or misrepresented and which may affect this appeal. For example I await contact from Michael Baker Co. to provide FOI copies of my files as well as the so called Nov. 2003 revised FIS & FIRM for Quincy and CFDA's and Coastal, hydrologic, hydraulic, and hydrodynamic models and systems used in FEMA/NFIP data for this location.

As you may recall I owned the house next-door at 198 Manet and living there 25 years and can attest to the flood levels being, in relation to the now certified 12.3 NGVD seawall top, 9.5-10' NGVD. This was apparent not only from the flotsam line inside the crawl space from the blizzard of 1978 storm but from my observations during many storms which came around the edges of the incomplete seawall along the area. A storm of 11' flooding would have come to just under the floor of the old house and certainly knocked it down. That house was a simple low cement/beach sand unreinforced foundation with no footings. If as the FIS alleges this is a BFE of 11 the house certainly would have been severely flooded and damaged in the perfect storm of 1991 (which still predated the final completion of seawall to the East). Instead I enclose a letter from NFIP's engineer stating no damage was sustained due to flooding from that storm (1-22-92- "inspection of your property revealed no damage was sustained to your property from flood." (Exhibit "G" 1 page)

Very truly yours,

Scotty Thyng

Voice/fax 617-249-0949

PO box 990813
Boston MA 02199

Enc 77 pages as above

---

To:   "scotty thyng", scottyat
From: "Savramis, Dean", INTERNET:Dean.Savramis@dhs.gov
Date: 8/30/2004, 2:18 PM
Re:   RE: scotty 202 manet sv ltr 070104 2 Dean @ FEMA

Page 3 of 4



4/21/05

Doug Bellomo P.E. Acting Chief
FEMA Hazard Identification Section
Mitigation Division Emergency Preparedness and Response Directorate
Washington DC 20472

Re:   202 Manet Av,
      Quincy MA 02169

      LOMA 03-01-1862A

      LOMR 04-01-055P

Dear Sir,

I was unable to reach you 4/19/05 by phone so I left a Voicemail and am following up with this letter.

Please forward the following for my review and inclusion in appeal at your earliest possible convenience.

I was unable to reach you 4/19/05 by phone so I left a Voicemail and am following up with this letter.

Complete copies of all files FEMA/NFIP/Dewberry & Davis/Michael Baker Jr. Co./Pat Live Co. pertaining to Thyng property in Quincy.

Please forward for my review and inclusion in my appeal at your earliest all CFDA's that affect Massachusetts such as the following (included for example):

**DEPARTMENT:** Homeland Security     **CFDA#:** 97.022
**PROGRAM TITLE:** Flood Insurance
**FR Date:** 02/04/05     **PAGE:** 5933
**CONTACT:** Doug Bellomo     **TELEPHONE:** 202 646-2903
**SUMMARY:** Final rule regarding Changes in Flood Elevation Determinations in various locations and counties, in the States of Alabama, Delaware, Massachusetts



Page 1 of 2

4-12-05 letter to Jeff Sample at Dewberry

FEMA 1-5-05 LOMR! I cannot tell if it is true, but this neighbor is alleging that FEMA is "changing" the BFE's, which he feels would make my SOC incorrect. There is no way to tell from the LOMR what areas of the combination lot are now Zone C, A3-11 & A3-13; nor as alleged, did I submit paperwork for this document (my application was specifically rejected and returned). If as the neighbor asserts (I could use your guidance on this) that parts of the land have "changed" and the building department tries to "use" this we are really in a "gray" area now.

I assume I am ok in any case as my building permit predates any change by FEMA so I assume I am grandfathered to the existing FIRM in effect at that time. However, as you know given the local political climate, I can take nothing for granted. I would appreciate any help you can provide. I have until 4-22-05 to file appeal of the LOMR, which I will certainly do. I believe I have previously furnished you copies of my correspondence to FEMA from well over a year ago challenging the FIS & BFE's based on my work with Troy of your office. They had never responded so now they will be forced to, which is good.

Looking forward to your earliest possible reply, I remain

Very truly yours,



Scotty Thyng

Enc. 12 page FEMA 1-5-05 (010505 LOMR 202 Manet.tif)

### FREEDOM OF INFORMATION ACT REQUEST

This is a Freedom of Information Act request by Scotty Thyng for copies of his files at FEMA/NFIP and Dewberry & Davis as referenced herein.



Signed Scotty Thyng 4-12-05

Page 3 of 3

*[handwritten top right: p.2/4, page 2 of 81]*

4-21-05

Mayor Phelan
City of Quincy
1305 Hancock St
Quincy MA 02169

Re:  *Appeal of FEMA LOMR 04-01-055P*
*Protest of FEMA LOMR 04-01-055P*

*Appeal & Protest of 11/14/03 FIRM & FIS submitted to Quincy*

Dear Sir:

Find enclosed 81 page Appeal of FEMA LOMR 04-01-055P dated 4/20/05 copied to Dean Savramis at FEMA.

*Find enclosed notice that I will be filing a Protest of FEMA LOMR 04-01-055P.*

Find enclosed notice of Appeal & Protest of 11/14/03 FIRM & FIS submitted to Quincy. When received and reviewed I will be filing an appeal and protest if these negatively effect my property.

*Under the FOI I request copies of 11/14/03 FIRM & FIS submitted to Quincy, evidence and copy of exactly what was publicly advertised and dates in accordance with FEMA LOMR 04-01-055P, evidence and copy of exactly what was advertised and dates of the 11/14/03 FIRM & FIS submitted to Quincy, and copies of all files that pertain to the above and that effect or potentially effect my property at 202 Manet Av.*

Very truly yours,

Scotty Thyng
PO box 990813
Boston MA 02199

Enc. as above

5/24/05

Anita Johnson, Esq.
Assistant US Attorney
Suite 9200
Moakley US Courthouse
1 Courthouse way
Boston MA 02210

And by fax# 1-617-748-3971

Re: 05-10987-RGS Thyng v. FEMA

Dear Ms. Johnson,

Nice speaking with you today.

Find enclosed per your request the FOIA requests- 4/12/05 to Dewberry FEMA's processing agent (see page 3), 4/21/05 to City Quincy acting as FEMA agent on proposed revised FIS/FIRM 11/14/03 and 04-01-055P, and 4/21/05 Doug Bellomo Acting Chief FEMA.

Also find enclosed per your request the appeals of FEMA LOMR and proposed FIS/FIRM. The above referenced 4/21/05 to Mayor Phelan (1 page included of 81 total, 4/20/05 Dean Savramis FEMA Boston (4 pages included of 81).

Lastly find copy redacted by me this date - 2 page 3/9/05 DEP, "Most significantly, on information and belief...there has recently been a letter of map revision from FEMA, describing a change in water levels that indicates the presence of a coastal bank on the site. Accordingly, the project should be re-evaluated by the issuing authority...It would be more beneficial to refile this project..."

Please confirm to me by fax# 617-249-0949 that the LOMR is in appeal and a time frame for this. As long as I am assured the LOMR is in appeals and will not go into effect, and that I will have some notification prior to it's disposition, I do not need to "move" my injunction from Suffolk to US District Court.

Thanking you in advance, I remain

Very truly yours,

Scotty Thyng

Enc. as above 17 pages

4/118

5/24/05

Kevin Merli, Director
Federal Insurance and Mitigation Division
FEMA

By fax# 1-617-956-7574

Re: Scotty Thyng LOMR etc. 04-01-055P

Dear Sir:

Nice speaking with you yesterday. I am enclosing for your use the relevant documentation we discussed. I know this is more data than you requested but I felt it better to be complete.

The LOMR in question is dated 1/5/05 and attached hereto (6 pages).

The FOIA requests are attached hereto included in letters dated 4/12/04, 4/21/05 (Quincy), 4/21/05. If you could expedite these it would be helpful.

The "disconnect" appears to have taken place between the proposed 9/6/04 letter from Jeff Sample for my 9/7/04 site meeting with the DEP (never received) which removed all land from the SFHA, and the subsequent letters 10/21/04 from Doug Bellamo and the 01/05/05 from Mike Godesky. Can you get me a copy of the 9/6/04 draft letter ASAP as this may help to explain what went wrong.

I am also trying to figure out why Dean told me there was no Cooperating Technical Partners (CTP) for Quincy in our email of early 2004 but I then found out FEMA in late 2003 sent Quincy a draft of the proposed new FIS/FIRM. Who prepared these documents and how did they do it without a CTP (can you get me copies of these). When I look on your web site it shows CZM as a CTP for Massachusetts. Have they been involved with the new FIS/FIRM or my property in any way?

I will call you in a couple days to discuss as requested.

Thanking you in advance for your help, I remain
Very truly yours,

Scotty Thyng
617-249-0949
Enc. 113 pages

(052405 Kevin Merli documents list.doc)