## UNITED STATES OF AMERICA

MOAKLEY DISTRICT COURT OF BOSTON     CASE NO. 05-10987-RGS

---

)
SCOTTY THYNG )
)
   Plaintiff )
)
)
)
v. )
)
)
FEMA et al )
)
   Defendants )
)
---

### 052705 MOTION TO BE COPIED ALL DOCUMENTS ELECTRONICALLY

Now comes Plaintiff Thyng and does state under oath the following.

Several mailings have come late and misaddressed to the Plaintiff.

Plaintiff travels frequently including overseas and has no staff or means to get his postal mail.

I the interest of speedy justice and fair play, and to prevent Plaintiff from missing critical deadlines in accord with Rule 7a, this request is reasonable and prudent.

Thyng makes motion for all documents to be copied him electronically, either by fax or email or in the case of document production- digitally to reproducible media.

Respectfully Submitted 5/27/05

_[signature]_

Scotty Thyng
PO box 990813
Boston MA 02199