UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTTY THYNG, | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION |
| v. | ) NO. #05-10987-RGS |
| | ) |
| FEDERAL EMERGENCY | ) |
| MANAGEMENT AGENCY, | ) |
| Defendant. | ) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified or attested to copies of the state court pleadings received from the Clerk of the Superior Court, Suffolk County, were filed with the United States District Court.

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY: _____/s/ Anita Johnson_____
Anita Johnson
Assistant U. S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA  02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on June 8, 2005

_____/s/ Anita Johnson_____
Assistant U.S. Attorney

```
MAS-20030912                  Commonwealth of Massachusetts                     05/18/2005
guen                              SUFFOLK SUPERIOR COURT                         03:57 PM
                                        Case Summary
                                         Civil Docket
```

## SUCV2005-01533
## Thyng v FEMA

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 04/20/2005 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 05/18/2005 | **Session** | D - Civil D, 3 Pemberton Square, Boston | | |
| **Origin** | 1 | **Case Type** | C01 - Land taking/eminent domain | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 07/19/2005 | **Answer** | 09/17/2005 | **Rule12/19/20** | 09/17/2005 |
| **Rule 15** | 09/17/2005 | **Discovery** | 02/14/2006 | **Rule 56** | 03/16/2006 |
| **Final PTC** | 04/15/2006 | **Disposition** | 06/14/2006 | **Jury Trial** | No |

### PARTIES

**Plaintiff**
Scotty Thyng
PO Box 990813
Boston, MA 02199
Active 04/20/2005 Notify

**Defendant**
FEMA
Served: 04/20/2005
Served (answr pending) 04/21/2005

**Private Counsel 565540**
Anita Johnson
1 Courthouse Way, suite 9200
Boston Mass.
Boston, MA 02210
Phone: 617-748
Active 05/18/2005 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 04/20/2005 | 1.0 | Complaint |
| 04/20/2005 | | Origin 1, Type C01, Track F. |
| 04/20/2005 | 2.0 | Civil action cover sheet filed |
| 04/20/2005 | 3.0 | Plaintiff Scotty Thyng's MOTION for Preliminary Injunction |
| 04/20/2005 | | Summons and order of notice issued; returnable Thurs April 21, 2005 in Ctrm #314 @2pm (Cratsley,J) Summons & Order of notice issued (See P#3) |
| 04/21/2005 | 4.0 | Copy of SERVICE RETURNED (order of notice): FEMA in hand |
| 04/21/2005 | 5.0 | Preliminary injunction to issue upon payment of $90.00 allowed as plff has proof of service on deft and deft did not appear today (Cratsley,J) |
| 05/18/2005 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. Federal Emergency Management Agency U. S. Dist.#(05-10987RGS). |
| 05/18/2005 | | Case REMOVED this date to US District Court of Massachusetts |

I HEREBY ATTEST AND CERTIFY ON
MAY 19, 2005
THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _[signature]_

ASSISTANT CLERK.

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 04/21/2005 | Civil D, 3 Pemberton Square, | Motion/Hearing: order of notice | Defendant did not appear |
| 06/01/2005 | Civil D, 3 Pemberton Square, | Motion/Hearing: prel inj | |

Thyng v. FEMA 4/20/05

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                    Superior Court Department  05-1533 D

*****************************

Scotty Thyng

    Plaintiff,

v.

                                         **INITIAL PLEADING AND STATEMENT OF CLAIM THYNG V. FEMA 4/20/05**

FEMA, et al

    Defendant

Dean Savramis
FEMA
Federal Emergency Management Agency
99 High Street
6th Floor
Boston, MA 02110

*****************************

Now comes the Plaintiff Scotty Thyng and makes Pleading to the Court as follows. Now comes the Plaintiff Scotty Thyng and under oath does state the following.

FEMA has misrepresented the process for Thyng to build on his valuable land during a three-year period.

FEMA has issued a purported form, which will possibly render Thyng's valuable land unbuildable- a LOMR. Without injunctive relief Thyng may lose his valuable appeal rights to build on his $600,000 house lot.

The LOMR contradicts previous paperwork issued by FEMA.

Thyng feels FEMA has rushed through a hastily prepared and ill-advised document at the last minute to prevent Thyng after a three-year period of permitting from building on his valuable property.

Their actions and inactions amount to an illegal land taking and a temporary eminent domain taking without compensation.

Thyng seeks damages and compensatory damages of $1,000,000. Thyng seeks relief of having FEMA revise the LOMR removing all of his property upland of the seawall from the SFHA in accordance with his prior requests. Thyng requests FEMA revise the BFE to 10 NGVD in accordance with his submissions on or ab 1/7/04.

Signed under the pains and penalties of perjury.

Page 1 of 2

Thyng v. FEMA 4/20/05

Respectfully submitted,
Plaintiff

Scotty Thyng
PO box 990813
Boston, MA 02199

## AFFIDAVIT AND CERTIFICATE OF SERVICE/NOTIFICATION

I, Scotty Thyng, hereby certify the following to be the sworn truth.

I have delivered by Certified Mail Restricted, copies of the Complaint and all documents listed on cover letter in accordance with Rule 7 to the Defendant.

Scotty Thyng
PO box 990813
Boston MA 02199

Dated this 20th of April 2005

I HEREBY ATTEST AND CERTIFY ON

___MAY 19, 2005___, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____

ASSISTANT CLERK.

| CIVIL ACTION COVER SHEET | DOCKET NO(S) 05-1333D | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|

PLAINTIFF(S): Scotty Thyng

DEFENDANT(S): FEMA - Dean Savramis

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE: PO box 990813 Boston MA 02199

ATTORNEY (if known): 99 High St Boston MA 02110

Board of Bar Overseers number: _____

**Origin code and track designation**

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

CODE NO: C0?  TYPE OF ACTION (specify): Civil Law  TRACK: (F)  IS THIS A JURY CASE? (X) Yes ( ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ................................ $
2. Total Doctor expenses ................................. $
3. Total chiropractic expenses ........................... $
4. Total physical therapy expenses ....................... $
5. Total other expenses (describe) ....................... $
   Subtotal $
B. Documented lost wages and compensation to date ........ $
C. Documented property damages to date ................... $
D. Reasonably anticipated future medical and hospital expenses ... $
E. Reasonably anticipated lost wages .................... $
F. Other documented items of damages (describe) ......... $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
   $
   TOTAL $

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ _____

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record: _____  DATE: 4/20/05

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

I HEREBY ATTEST AND CERTIFY ON MAY 19, 2005, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.

4/21/05
in hand 2/2

**SUFFOLK, ss.**   **Commonwealth of Massachusetts**



3

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 05-1533 D

_____SCOTTY THYNG_____, Plaintiff(s)

v.

_____FEMA_____, Defendant(s)

### SUMMONS AND ORDER OF NOTICE

To the above-named Defendant:   **FEMA**

You are hereby summoned and required to serve upon __Scotty Thyng__ plaintiff's attorney, whose address is __PO Box 990813  Boston, MA 02199__, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WE ALSO NOTIFY YOU that application has been made in said action, as appears in the complaint, for a preliminary injunction and that a hearing upon such application will be held at the court house at said Boston of our said court on __Thursday in room 314  3rd Floor__ the __twenty first__ day of __April__ A.D. 20__05__, at __two__ o'clock __PM__., at which time you may appear and show cause why such application should not be granted.

Witness, Barbara J. Rouse, Esquire, at Boston, the __twentieth__ day of __April__, in the year of our Lord two thousand __five__.

Asst. Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM CIV.P.2 3M 12/04

I HEREBY ATTEST AND CERTIFY ON
MAY 19, 2005 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____

ASSISTANT CLERK.

Thyng v. FEMA 4/20/05

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                      Superior Court Department

*****************************

Scotty Thyng

      Plaintiff,

v.

                              **INJUNCTION THYNG V. FEMA**
                              4/20/05

FEMA, et al

      Defendant

Dean Savramis
FEMA
Federal Emergency Management Agency
99 High Street
6th Floor
Boston, MA 02110

*[Handwritten: 4/21/05 After a hearing w/p! present and def receiving notice and not appearing, the PI is issued until 6/1/05 at 2pm]*

...............preliminary.................................................................

This court does issue injunctive relief to the Plaintiff Scotty Thyng regarding the finality of the LOMR issued by FEMA in accordance with Thyng's pleadings of 4/20/05.

This court orders FEMA to cease and desist from finalizing this LOMR pending Thyng's rights to appeals and at law. *[Handwritten: This preliminary injunction will be reheard on 6/1/05, 2pm in Courtroom 314.]*

Issued this 21st day of April 2005

By Judge Cratsley Suffolk Superior Court

I HEREBY ATTEST AND CERTIFY ON
MAY 19, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

By *[signature]*

ASSISTANT CLERK.

Page 3 of 3

Thyng v. FEMA 4/20/05

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                       Superior Court Department 05-1533 D

****************************

Scotty Thyng

      Plaintiff,

v.

FEMA, et al

      Defendant

Dean Savramis
FEMA
Federal Emergency Management Agency
99 High Street
6th Floor
Boston, MA 02110

****************************

**MOTION FOR IMMEDIATE INJUNCTIVE RELIEF THYNG V. FEMA 4/20/05**

*[Handwritten annotations in margins:]*
- *April 20, 2005 Order of Notice returnable April 21, 2005 at 2:00pm Room 314 re: mo for tro. Reinf (Cratsley, J.) allwd. Serve in ordly crsed*
- *4/21/05 Allowed as pl. has proof of service on def. and def. did not appear today — Justice*
- *Summons and order of notice issued*

*[Court stamp: MICHAEL JOSEPH DONOVAN CLERK/MAGISTRATE SUFFOLK SUPERIOR COURT CIVIL CLERK'S OFFICE 2005 APR 20 P 12:]*

Now comes the Plaintiff Scotty Thyng and makes Pleading to the Court as follows Thyng pleads for this court to issue the attached Injunction to prevent FEMA from taking action on the LOMR pending Thyng preserving and pursuing all rights and remedies at law and by FEMA regulations.

Without this immediate injunctive relief Thyng may face the loss of value of his property after a three-year period of permitting.

Signed under the pains and penalties of perjury.

                                                          Respectfully submitted,
                                                          Plaintiff

                                                          *[signature]*
                                                          Scotty Thyng
                                                          PO box 990813
                                                          Boston, MA 02199

**AFFIDAVIT AND CERTIFICATE OF SERVICE/NOTIFICATION**

I, Scotty Thyng, hereby certify the following to be the sworn truth.

I have delivered by Certified Mail restricted, copies of the Complaint and all documents listed on cover letter in accordance with Rule 7 to the Defendant.

Page 1 of 3

I HEREBY ATTEST AND CERTIFY ON MAY 19, 2005, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: *[signature]*

ASSISTANT CLERK.

Thyng v. FEMA 4/20/05

*[signature]*

Scotty Thyng
PO box 990813
Boston MA 02199

Dated this 20th of April 2005

Page 2 of 3

*Suffolk Superior Civil # 05-* RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTTY THYNG, | )<br>) |
| Plaintiff, | )<br>) CIVIL ACTION 05-10987 RGS<br>) NO. |
| v. | )<br>) |
| FEDERAL EMERGENCY<br>MANAGEMENT AGENCY, | )<br>)<br>) |
| Defendant. | )<br>) |

COPY

I hereby certify on 5/19/2005 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☒ original filed in my office on 5/18/2005
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By:_____
Deputy Clerk

### NOTICE OF REMOVAL

The Defendant, the Federal Emergency Management Agency ("FEMA"), by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby gives notice of its removal of this action to the United States District Court for the District of Massachusetts.

Removal of this action is proper pursuant to 28 U.S.C. §§ 1441(a)[1] and 1441(b) because it is an action brought under the laws of the United States pursuant to 28 U.S.C. §§ 1331 and 1346, and 28 U.S.C. § 1442(a)(1) because the defendant is an agency of the United States.

Removal is also proper pursuant to 42 U.S.C. § 4104(g) of the National Flood

---

[1] Section 1441(a) states (in relevant part): "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

Insurance Program.

The defendant has attached to this NOtice copies of all state court pleadings received to date by FEMA. The defendant is not aware of any other Notice of Removal of this action.

WHEREFORE, the defendant requests that this action be entered upon the docket of this Court and, upon filing a copy of this Notice with the Clerk of the Suffolk County, Superior Court Department, that the Suffolk Superior Court shall proceed no further.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Anita Johnson
Anita Johnson
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3282

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I gave notice of the filing of the foregoing by mailing a copy of same, postage prepaid, first-class mail to the plaintiff *(pro se)*, Scotty Thyng, P. O. Box 990813, Boston, MA 02199.

/s/ Anita Johnson
Anita Johnson

Dated: May 12, 2005

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                SUPERIOR COURT DEPARTMENT
                                            CIVIL ACTION
                                            No. SUCV2005-01533

_____
                                   )
SCOTTY THYNG,                      )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )
                                   )
FEDERAL EMERGENCY                  )
MANAGEMENT AGENCY,                 )
                                   )
        Defendant.                 )
_____)

## NOTICE OF FILING
## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on May 12, 2005, the defendant, United States of America on behalf of its agency, Federal Emergency Management Agency ("FEMA") through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, filed a Notice of Removal of this action to the United States District Court for the District of Massachusetts.

A copy of the Notice Of Removal is attached.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:

                              */s/ Anita Johnson*
                              Anita Johnson (BBO#565540)
                              Assistant U.S. Attorney
                              U. S. Attorney's Office
                              John Joseph Moakley U.S. Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3282

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I gave notice of the filing of the foregoing by mailing a copy of same, postage prepaid, first-class mail to the *pro se* plaintiff, Scotty Thyng, P. O. Box 990813, Boston, MA  02199.

                                                     */s/ Anita Johnson*
                                                     Anita Johnson

Dated: May 12, 2005