IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
SCOTTY THYNG,                )
                             )
        Plaintiff,           )
                             )
        v.                   )   CASE NO: 05-10987-RGS
                             )
FEDERAL EMERGENCY            )
MANAGEMENT AGENCY,           )
        Defendant.           )
_____)
```

**FEMA'S RESPONSE TO PLAINTIFF'S EMERGENCY MOTION**

This Court issued an Order, May 27, 2005, to "maintain the status quo until the government has an opportunity to file a response to the motion for temporary injunction." The status quo referred to in the Order is the Order issued by the Commonwealth of Massachusetts, Suffolk Superior Court, April 21, 2005, enjoining the Federal Emergency Management Agency ("FEMA")"from finalizing this LOMR pending Thyng's rights to appeals and at law." The LOMR referred to is a proposed Letter of Map Revision issued by FEMA, January 5, 2005, revising the FEMA flood hazard map to increase the size of the Special Flood Hazard Area on Thyng's Quincy, Massachusetts, oceanfront property. The government has complied with this Order.

On or about April 20, 2005, Thyng appealed the LOMR within the FEMA administrative procedures. FEMA has now considered his appeal and made a final determination regarding Thyng's appeal and the LOMR. The government is preparing a dispositive motion

and memorandum on this matter, which will be filed in the very near future. However, in view of this Court's Order, the government has not finalized any revision to flood hazard map at this time.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By: /s/ Anita Johnson
    ANITA JOHNSON
    Assistant U.S. Attorney
    U. S. Attorney's Office
    John Joseph Moakley
    United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    (617)748-3100

Of Counsel:

Jordan S. Fried
Associate General Counsel for Litigation
Federal Emergency Management Agency
500 C Street S.W., Suite 840
Washington D.C. 20472
(202) 646-4112

## Certificate of Service

    I hereby certify that I have served the foregoing upon Scotty Thyng, P.O. Box 990813, Boston, Massachusetts 02109, by first class mail, postage prepaid, on this 3rd day of August, 2005.

          /S/ Anita Johnson