UNITED STATES OF AMERICA

MOAKLEY DISTRICT COURT OF BOSTON     CASE NO. 05-10987-RGS

```
-----------------------------------------------------)
SCOTTY THYNG                                         )
                                                     )
        Plaintiff                                    )
                                                     )
                                                     )
v.                                                   )
                                                     )
                                                     )
FEMA et al                                           )
                                                     )
        Defendants                                   )
                                                     )
-----------------------------------------------------)
```

### 7/28/05 EMERGENCY MOTION TO CLARIFY INJUNCTION

Now comes Plaintiff Thyng and states the following under oath.

Thyng has filed suit in Suffolk Superior Court and obtained a temporary injunction dated 4/21/05 against all action by FEMA under proposed LOMR and otherwise actions. (Attached Exhibit "A" 5- pages)

This case was removed to United States District One Court on 5/12/05. (Attached Exhibit "B" 5-pages)

On 5/27/05 the Injunction was upheld and reiterated based on pleadings of even date.

Thyng has recently learned to the best of his knowledge and belief, that the Massachusetts Department of Environmental Protection (DEP), acting under Superceding Order of Conditions Appeal, has referenced the said FEMA LOMR. Furthermore that the DEP, acting under guidelines of the local contract for Federal Flood Insurance through FEMA (attached Exhibit "C" 1-page), is planning to alter a pre-existing determination based on the proposed LOMR which is the subject of the Injunctive Relief. Furthermore, that the DEP plans to move said appeal to State Department of Adjudicatory Law Appeals based solely upon the proposed LOMR which has not taken effect due to Federal Injunction and local appeal.

This imminent action is in violation of the Injunctions and highly detrimental to the Plaintiff. This action would nullify three years of filings, variances and permits received

[handwritten margin notes: "Denied. See Government's response of 8-3-05. R.G. Stearns DJ 8-5-05."]

to date by Plaintiff on his house lot building permit, as well as the injunctive relief filed for and granted by both this court and state superior court. In effect, this action would constitute an "end-run" around the existing injunctions. Plaintiff pleads this court to issue immediate clarification of injunction to make clear said LOMR has:

1. Never become effective in accordance with Federal Law.
2. Cannot therefore be referenced or enforced in any way without violating said Federal Law.
3. Must be stricken from any Adjudicatory Process as invalid and as hearsay.
4. Any and all actions concerning said LOMR are to cease and desist immediately pending resolution of Federal Case # 1:05-cv-10987-RGS

Plaintiff has attached an "ORDER OF CLARIFICATION OF FEDERAL INJUNCTION 5/27/05 THYNG V. FEMA ET AL".

Plaintiff asks this court to immediately sign said clarification to allow Plaintiff to notify said agencies.


Respectfully Submitted 7/28/05

Scotty Thyng
PO box 990813
Boston MA 02199