UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SCOTTY THYNG

    V.                            CIVIL ACTION NO. 05-10987-RGS

FEMA

# O R D E R

STEARNS, DJ.                                     SEPTEMBER 6, 2005

DUE TO A CONFLICT IN THE COURT'S CALENDAR, THE RULE 16(b) CONFERENCE PRESENTLY SCHEDULED FOR NOVEMBER 15, 2005 AT 2:30 P.M. IS HEREBY <u>CANCELLED</u> UNTIL FURTHER ORDER OF THE COURT.

SO ORDERED.

                                                RICHARD G. STEARNS
                                                UNITED STATES DISTRICT JUDGE

            BY:

                                                /s/ Mary H. Johnson
                                                  Deputy Clerk

TO: Mr. Scotty Thyng; AUSA Anita Johnson.