August 30, 2005

Civil Clerk
US District Court
Moakley Courthouse
1 Courthouse Way
Boston MA  02210

In hand

Re:    Case No. 05-10987-RGS
       Thyng v. FEMA et al

Dear Sir/Madam:

Enclosed are the following:

1. 8/30/05 Complaint of Civil Contempt
2. 8/30/05 Certificate of Service

Sincerely,

Scotty Thyng

Voice- 617-249-0949 Fax- 617-249-0949 Email- scottyat@csi.com

Po box 990813
Boston MA  02199

Cc:    Defendant's c/o

       Anita Johnson Esq.
       Assistant US Attorney
       Moakley Courthouse Suite 9200
       1 Courthouse Way
       Boston MA  02210

UNITED STATES OF AMERICA

MOAKLEY DISTRICT COURT OF BOSTON     CASE NO. 05-10987-RGS

```
-----------------------------------)
SCOTTY THYNG                       )
                                   )
      Plaintiff                    )
                                   )
                                   )
                                   )
v.                                 )
                                   )
                                   )
FEMA et al                         )
                                   )
      Defendants                   )
                                   )
-----------------------------------)
```

*[Handwritten in right margin: pc 2/24]*

*[Handwritten in left margin: Denied. The government will file a dispositive motion within fourteen (14) days of the date of this Order. R.D. Stearns DJ 9-12-05.]*

### 8/30/05 COMPLAINT OF CIVIL CONTEMPT

Now comes Plaintiff Thyng and states the following under oath.

Thyng has filed suit in Suffolk Superior Court and obtained a temporary injunction against all action by FEMA dated 4/21/05 (Attached Exhibit "A" 2 pages). Said preliminary injunction was scheduled for hearing to continue on 6/1/05. Said action has been removed to this court on 5/12/05.

This court has continued said injunction against FEMA and proposed LOMR becoming effective based on Plaintiff Motion of 5/27/05.

On 7/28/05 Plaintiff brought forth Motion to Clarify said Injunction as he notified the Court that the Massachusetts Department of Environmental Protection was relying on the proposed LOMR to stop his project in violation of the intent of the Injunction.

On 8/3/05 the Defendants filed a Response to the Motion in which they state in part, "…enjoining…FEMA…from finalizing this LOMR pending Thyng's rights to appeals and at law." "…in view of this Court's Order, the government has not finalized any revision to flood hazard map at this time.

On 8/3/05 the Court denied Thyng's Motion and referred to Defendants Response.

Thyng now comes before this court and states that FEMA has indeed finalized and published the LOMR. This is contrary to the Defendant Response of 8/3/05. Plaintiff

Exhibit "A"

5/26/05

DC 6/29



**Status for QUINCY, CITY OF - MA**

**LOMCs**

| Community | Case # | Status |
|---|---|---|
| QUINCY, CITY OF | 04-01-055P | LETTER SENT 01/05/2005, APPEAL PERIOD ENDS 04/22/2005 |
| QUINCY, CITY OF | 05-01-0155A | AWAITING DATA/FEE |
| QUINCY, CITY OF | 05-01-0265A | LETTER SENT, EFFECTIVE 03/23/2005 |
| QUINCY, CITY OF | 05-01-0273A | LETTER SENT, EFFECTIVE 04/28/2005 |
| QUINCY, CITY OF | 05-01-0487A | LETTER SENT, EFFECTIVE 04/21/2005 |

**STUDIES**

| Community | Case # | Status | Appeal Begins | Appeal Ends | Elevation Info |
|---|---|---|---|---|---|
| QUINCY, CITY OF | 03-01-007PR | PRELIMINARY SENT | N/A | N/A | N/A |
| QUINCY, CITY OF | 03-01-007PR | PRELIMINARY SENT 11/14/2002 | N/A | N/A | N/A |

**Letter Sent, Effective Date, Appeal Period Ends**: The LOMC will be effective 90 days after the issue date of the letter. Any requests to review or alter this determination should be made within 90 days and must be based on scientific or technical data.

http://www.fema.gov/fhm/st_lomc.shtm

8/3-/05

Exhibit "B"

http://www.floodmaps.fema.gov/fhm/scripts/st_stat.asp



8/30/05

*Exhibit C*

*PC 10/24*



**The FEMA Flood Map Store**   MSC

Map Search Results

Check the products that you would like to add to the shopping cart.

| Map Item ID | Description | Effective Date | Show LOMC | View | Paper | CD | On-Line |
|---|---|---|---|---|---|---|---|
| 2552190008B | QUINCY,CTY/NORFOLK CO | 12/04/1985 | | | $2.00 | $1.50 | $1.50 |
| LOMC | 01-01-1262A-255219 | 08/29/2001 | | | | | |
| LOMC | 02-01-1118A-255219 | 06/12/2002 | | | | | |
| LOMC | 03-01-1862A-255219 | 08/28/2003 | | | | | |
| LOMC | 04-01-0618A-255219 | 02/12/2004 | | | | | |
| LOMC | 04-01-0940A-255219 | 05/06/2004 | | | | | |
| LOMC | 04-01-055P-255219 | 04/22/2005 | | | | | |

*202 manl*
*47 Month Av.*
*LOMR*
*LOMR*
*202 manl*

http://store.msc.fema.gov/webapp/wcs/stores/servlet/MapSearchResult?storeId=10001&catalogId=10001&langId=-1&panelIDs=2552190008B$&Type=pbp&nonprinted=&unmapped=



**Federal Emergency Management Agency**
Washington, D.C. 20472

JAN 5 2005

Exhibit "D"

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

The Honorable William J. Phelan
Mayor of the City of Quincy
1305 Hancock Street
Quincy, Massachusetts 02169

IN REPLY REFER TO:
Case Number: 04-01-055P
Community Name: City of Quincy, Norfolk County, Massachusetts
Community Number: 255219
Map Panel Number: 255219 0008 B
Effective Date of this Revision: APR 22 2005

DC
10/29

102-I-A (c)

Dear Mayor Phelan:

The Flood Insurance Rate Map (FIRM) for the City of Quincy has been revised by this Letter of Map Revision (LOMR) to reflect more detailed and up-to-date topographic information along Quincy Bay than that used to prepare the December 4, 1985, FIRM for the city. The subject area is located approximately ▅▅ feet ▅▅▅▅▅ of the intersection of Manet Avenue and Oswego Street, ▅▅▅▅▅▅▅▅▅▅▅. This revision was initiated by the Federal Emergency Management Agency (FEMA) to correct the determination of Letter of Map Amendment (LOMA) Case No. 03-01-1862A.

We received the following technical data, submitted by ▅▅▅▅▅▅▅ in support of this revision:

- a certified topographic map titled, Topo Plan for ▅▅▅▅▅▅ dated April 7, 2004, prepared by GCG Associates, Inc., at a scale of 1"=20', with a contour interval of 2 feet, referenced to the National Geodetic Vertical Datum of 1929 (NGVD 29), depicting the location and elevations of the ▅▅▅▅ property;

- an uncertified map titled, Topography with Accompanying Profiles, dated June 10, 2004, prepared by Episilon Associates, Inc., at a scale of 1"=20', with a contour interval of 2 feet, depicting the location of elevation profiles through the Thyng property;

- two uncertified profiles titled, Profile 1 & Profile 2, prepared by Episilon Associates, Inc., dated June 10, 2004, at a scale of 1"=15', representing two elevation profiles through the ▅▅▅▅ property; and

- aerial photography of the ▅▅▅▅ property and vicinity, prepared by Episilon Associates, Inc., dated June 10, 2004.

Based on our review of the submitted data, we are issuing this LOMR to reflect increases in the Base (1% annual chance) Flood Elevations (BFEs) and Special Flood Hazard Area (SFHA) along Quincy Bay. Within the subject property, portions of the area currently designated as Zone C have been revised to Zone A3 with BFEs of 11 and 13 feet NGVD 29. This LOMR revises the

| Page 1 of 2 | | Date: August 28, 2003 | Case No.: 03-01-1862A | LOMA-OAS |
|---|---|---|---|---|



# Federal Emergency Management Agency
Washington, D.C. 20472

## LETTER OF MAP AMENDMENT
## DETERMINATION DOCUMENT (OUT AS SHOWN)

DC
13/27

| COMMUNITY AND MAP PANEL INFORMATION | | LEGAL PROPERTY DESCRIPTION |
|---|---|---|
| **COMMUNITY** | CITY OF QUINCY, NORFOLK COUNTY, MASSACHUSETTS | Lot 149, Section 2, as shown on Plat, recorded in Plan Book 13, Plan 581, filed for record in the Registry of Deeds, Norfolk County, Massachusetts. The portion of land removed from the SFHA is more particularly described by the following metes and bounds: |
| | COMMUNITY NO.: 255219 | |
| **AFFECTED MAP PANEL** | NUMBER: 255219 0008 B | BEGINNING at SW corner of Section One; THENCE N 05°00'00" East by lot 150, on said Plan, 63.0 feet more or less; THENCE N 67°00'00" E by Section Two, on said Plan, 66.8 feet more or less; THENCE S 05°00'00" W by Lot 148, on said plan, 99.0 feet more or less; THENCE S 85°00'00" W on Manet Avenue, on said plan, 53.05 feet more or less to the POINT OF BEGINNING. |
| | NAME: CITY OF QUINCY, NORFOLK COUNTY, MASSACHUSETTS | |
| | DATE: 12/4/1985 | |
| **FLOODING SOURCE:** QUINCY BAY | | APPROXIMATE LATITUDE & LONGITUDE OF PROPERTY: 42.269, -70.959 |
| | | SOURCE OF LAT & LONG: PRECISION MAPPING STREETS 4.0    DATUM: NAD 83 |

### DETERMINATION

| LOT | BLOCK/ SECTION | SUBDIVISION | STREET | OUTCOME WHAT IS OUTSIDE OF THE SFHA | FLOOD ZONE | 1% ANNUAL CHANCE FLOOD ELEVATION (NGVD 29) | LOWEST ADJACENT GRADE ELEVATION (NGVD 29) | LOWEST LOT ELEVATION (NGVD 29) |
|---|---|---|---|---|---|---|---|---|
| — | — | — | 202 Manet Avenue | Portion of Property | C | 13.0 feet | — | — |

**Special Flood Hazard Area (SFHA)** - The SFHA is an area that would be inundated by the flood having a 1-percent chance of being equaled or exceeded in any given year (base flood).

ADDITIONAL CONSIDERATIONS (Please refer to the appropriate section on Attachment 1 for the additional considerations listed below.)
PORTIONS REMAIN IN THE SFHA
STUDY UNDERWAY

This document provides the Federal Emergency Management Agency's determination regarding a request for a Letter of Map Amendment for the property described above. Using the information submitted and the effective National Flood Insurance Program (NFIP) map, we have determined that the described portion(s) of the property(ies) is/are not located in the SFHA, an area inundated by the flood having a 1-percent chance of being equaled or exceeded in any given year (base flood). The subject property is correctly shown outside the SFHA located on the effective NFIP map; therefore, the Federal mandatory flood insurance requirement does not apply. If the policy has been written using an incorrect zone, it can be endorsed to correct the zone for the current policy year and one prior policy term. Please contact the insurance agent or company involved to request endorsement of the policy. However, the lender has the option to continue the flood insurance requirement to protect its financial risk on the loan. A Preferred Risk Policy (PRP) is available for buildings located outside the SFHA. Information about the PRP and how one can apply is enclosed.

This determination is based on the flood data presently available. The enclosed documents provide additional information regarding this determination. If you have any questions about this document, please contact the FEMA Map Assistance Center toll free at (877) 336-2627 (877-FEMA MAP) or by letter addressed to the Federal Emergency Management Agency, P.O. Box 2210, Merrifield, VA 22116-2210. Additional information about the NFIP is available on our web site at http://www.fema.gov/nfip/

Doug Bellomo, P.E. Acting Chief
Hazard Study Branch
Emergency Preparedness and Response Directorate

Version 1.3.4

6217(203 0300460916Y0E00003004609SPF2

Page 1 of 2                                      Date: February 12, 2004    Case No.: 04-01-0618A    LOMA-DEN



# Federal Emergency Management Agency
Washington, D.C. 20472

Ex 6.6.
"6
p.
15/
/2-9

## LETTER OF MAP AMENDMENT
## DETERMINATION DOCUMENT (NON-REMOVAL)

| COMMUNITY AND MAP PANEL INFORMATION | | LEGAL PROPERTY DESCRIPTION |
|---|---|---|
| COMMUNITY | CITY OF QUINCY, NORFOLK COUNTY, MASSACHUSETTS<br><br>COMMUNITY NO.: 255219 | A parcel of land, as described in Deed, Document No. 8080, recorded in Book 11201, Pages 228 and 229, filed on January 29, 1996, in the Registry of Deeds, Norfolk County, Massachusetts |
| AFFECTED MAP PANEL | NUMBER: 255219000BB<br>NAME: CITY OF QUINCY, NORFOLK COUNTY, MASSACHUSETTS<br>DATE: 12/04/1985 | |
| FLOODING SOURCE: QUINCY BAY | | APPROXIMATE LATITUDE & LONGITUDE OF PROPERTY: 42.267, -70.966<br>SOURCE OF LAT & LONG: PRECISION MAPPING STREETS 6.0    DATUM: NAD 83 |

### DETERMINATION

| LOT | BLOCK/ SECTION | SUBDIVISION | STREET | OUTCOME WHAT IS NOT REMOVED FROM THE SFHA | FLOOD ZONE | 1% ANNUAL CHANCE FLOOD ELEVATION (NGVD 29) | LOWEST ADJACENT GRADE ELEVATION (NGVD 29) | LOWEST LOT ELEVATION (NGVD 29) |
|---|---|---|---|---|---|---|---|---|
| — | — | — | 47 Manet Avenue | Residential Structure | A3 | 10.9 feet | 10.5 feet | — |

**Special Flood Hazard Area (SFHA)** - The SFHA is an area that would be inundated by the flood having a 1-percent chance of being equaled or exceeded in any given year (base flood).

ADDITIONAL CONSIDERATIONS (Please refer to the appropriate section on Attachment 1 for the additional considerations listed below.)
STUDY UNDERWAY

This document provides the Federal Emergency Management Agency's determination regarding a request for a Letter of Map Amendment for the property described above. Using the information submitted and the effective National Flood Insurance Program map, we have determined that the structure(s) on the property(ies) is/are located in the SFHA, an area inundated by the flood having a 1-percent chance of being equaled or exceeded in any given year (base flood). Therefore, flood insurance is required for the property described above. The lowest adjacent grade elevation to a structure must be at or above the Base Flood Elevation for a structure to be outside of the SFHA.

This determination is based on the flood data presently available. The enclosed documents provide additional information regarding this determination and information regarding your options for obtaining a Letter of Map Amendment. If you have any questions about this document, please contact the FEMA Map Assistance Center toll free at (877) 336-2627 (877-FEMA MAP) or by letter addressed to the Federal Emergency Management Agency, P.O. Box 2210, Merrifield, VA 22116-2210. Additional information about the NFIP is available on our web site at http://www.fema.gov/nfip/.

Doug Bellomo, P.E., CFM, Acting Chief
Hazard Identification Section, Mitigation Division
Emergency Preparedness and Response Directorate

Version 1.3.4
62175103 0300865016Y0E00003008650

Exhibit "F"

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF ENVIRONMENTAL PROTECTION
### EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS

## FACSIMILE COVER SHEET

DATE: 2/23/05   TIME: 12:55 pm.

FROM: Deneen M. Simpson

TO: Scotty Thyng (617) 249-0949

SUBJECT:

Notice of Claim for Adjudicatory Hearing

NUMBER OF PAGES TRANSMITTED, INCLUDING THIS COVER SHEET: 29

If there is a transmittal problem, call the Deneen Simpson at (617) 556-1003



2/16/05

To Whom it May Concern:

Due to (NEW MAPS FROM FEMA) We wish to request an adjudicatory hearing on DEP file 059-0938 To Deny

Thank you (2005-033)

DC 18/25



# Federal Emergency Management Agency
Washington, D.C. 20472

JAN 5 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

The Honorable William J. Phelan
Mayor of the City of Quincy
1305 Hancock Street
Quincy, Massachusetts 02169

IN REPLY REFER TO:
Case Number:           04-01-055P
Community Name:        City of Quincy, Norfolk
                       County, Massachusetts
Community Number:      255219
Map Panel Number:      255219 0008 B
Effective Date of
this Revision:         APR 22 2005

102-I-A (c)

Dear Mayor Phelan:

The Flood Insurance Rate Map (FIRM) for the City of Quincy has been revised by this Letter of Map Revision (LOMR) to reflect more detailed and up-to-date topographic information along Quincy Bay than that used to prepare the December 4, 1985, FIRM for the city. The subject area is located approximately 250 feet northeast of the intersection of Manet Avenue and Oswego Street, at 202 Manet Avenue. This revision was initiated by the Federal Emergency Management Agency (FEMA) to correct the determination of Letter of Map Amendment (LOMA) Case No. 03-01-1862A.

We received the following technical data, submitted by Mr. Scotty Thyng, in support of this revision:

- a certified topographic map titled, Topo Plan for Scotty Thyng, dated April 7, 2004, prepared by GCG Associates, Inc., at a scale of 1"=20', with a contour interval of 2 feet, referenced to the National Geodetic Vertical Datum of 1929 (NGVD 29), depicting the location and elevations of the Thyng property;

- an uncertified map titled, Topography with Accompanying Profiles, dated June 10, 2004, prepared by Episilon Associates, Inc., at a scale of 1"=20', with a contour interval of 2 feet, depicting the location of elevation profiles through the Thyng property;

  two uncertified profiles titled, Profile 1 & Profile 2, prepared by Episilon Associates, Inc., dated June 10, 2004, at a scale of 1"=15', representing two elevation profiles through the Thyng property; and

- aerial photography of the Thyng property and vicinity, prepared by Episilon Associates, Inc., dated June 10, 2004.

Based on our review of the submitted data, we are issuing this LOMR to reflect increases in the Base (1% annual chance) Flood Elevations (BFEs) and Special Flood Hazard Area (SFHA) along Quincy Bay. Within the subject property, portions of the area currently designated as Zone C have been revised to Zone A3 with BFEs of 11 and 13 feet NGVD 29. This LOMR revises the

JAN 1 1 2005

COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
ONE WINTER STREET, BOSTON, MA 02108 617-292-5500

MITT ROMNEY
Governor

KERRY HEALEY
Lieutenant Governor

ELLEN ROY HERZFELDER
Secretary

ROBERT W. GOLLEDGE, Jr.
Commissioner

In the matter of

Scotty Thyng

Docket No. 2005-033
File No. 059-0938
(Quincy)

### DEPARTMENT'S RESPONSE TO APPLICANT'S MOTION TO DISMISS

Most significantly, on information and belief, and as indicated on page 2 of the Petitioners' Opposition, there has recently been a letter of map revision from FEMA, describing a change in water levels that indicates the presence of a coastal bank on the site. Accordingly, the project should be re-evaluated by the issuing authority in order to assure adequate protection of this resource area.

It would be more beneficial to re-file this project with the new information, resulting in a quicker and more protective resolution.

Respectfully Submitted,

Samuel J. Bennett
DEP Senior Counsel

COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
ONE WINTER STREET, BOSTON, MA 02108   617-292-5500

May 24, 2005

Exhibit "H"

In the Matter of
Scotty Thyng

Docket No. 2005-024
File No. 059-0938
Docket No. 2005-033
File No. 059-0938
Quincy

b<
23/23

### Standing as Person's Aggrieved

In particular, the petitioners have asserted as a substantive basis for their appeal that FEMA has modified the Base Flood Elevations on the project site since the SOC was issued which may have affect standards applied to the resource area.

In particular, the petitioners have asserted that FEMA has modified the Base Flood Elevations on the project site since the SOC was issued. If that is the basis of their jurisdictional claim,

Philip Weinberg
Presiding Officer


COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
ONE WINTER STREET, BOSTON, MA 02108 617-292-5500

MITT ROMNEY
Governor

KERRY HEALEY
Lieutenant Governor

ELLEN ROY HERZFELDER
Secretary

ROBERT W. GOLLEDGE, Jr.
Commissioner



In the Matter of
Scotty Thyng

Docket No. 2005-024
File No. 059-0938
Docket No. 2005-033
File No. 059-0938
Quincy

### DEPARTMENT'S RESPONSE TO ORDER

The Order dated May 24, 2005 directs the Department to file a response substantiating or revising its position

Reference is made in the Order to the fact that FEMA has modified the Base Flood Elevations on the project site since the SOC was issued.

"The Department uses the 100-year coastal flooding event as defined and mapped by the Federal Emergency Management Agency (FEMA) per the National Flood Insurance Program, as the maximum flood elevation associated with land subject to coastal storm flowage.

There is sufficient concern that the Department is strongly considering making changes to the Final Order of Conditions prior to its issuance, based on this new information from FEMA.

Respectfully Submitted,

Samuel J. Bennett
Senior Counsel, DEP

From: Bill Irelan, ~~~~~~~~~~~~~@ziprealty.com
Date: 6/22/2005, 3:51 PM
Re:  RE: 061605 2 Bill Irelan follow up 202 manet


Exhibit "J"

Scotty:

Please call me Bill.

After doing some more research, here are my thoughts on your questions:

1) If you rezone it to be a two or three family/condo, the land should fetch a price about 20-25% more than if it was zoned as a single-family. I agree parking would be tight.

2) If you increased the footprint of the house from 30x36 to 36x36, this will result in the home having 20% more living area (6*36/30*36), so I would increase the price on the lot by 20% to compensate for that.

I also carefully considered the assessed value of 198 Manet St. I expanded my search for comps to include public records and not just MLS (see attached file). There were some other sales on Manet street about 18 months ago that did not show up in my original analysis. I am wary of the comps at 42 and 54 Manet St because they were not subjected to the full forces of a competitive marketplace, but they were sales so I will include them. Based on my revised analysis, 202 Manet could go for as much as $970k.

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served by first class mail on the Defendants this 30th day of August 2005

---------------------------------
Scotty Thyng