IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCOTTY THYNG,                        )
                                     )
             Plaintiff,              )
                                     )
        v.                           )   Civ. No. 05-10987-RGS
                                     )
FEDERAL EMERGENCY                    )
MANAGEMENT AGENCY,                   )
                                     )
             Defendant.              )
_____     )

## FEMA'S MOTION FOR TWO-DAY EXTENSION OF TIME

FEMA requests an additional two days within which to file its dispositive motion in this action. This Court has set a deadline of this day for the filing. However, because the FEMA personnel most familiar with the administrative history of this action have been called away from their usual positions to give assistance in the New Orleans area, gathering of information for FEMA's memorandum has taken an expectedly long period of time to accomplish.

Accordingly, FEMA requests that it be permitted to file its depositive motion on or before September 28, 2005.

Respectfully Submitted

MICHAEL J. SULLIVAN
United States Attorney

By: _/S/ Anita Johnson_____
ANITA JOHNSON
Assistant U.S. Attorney
Suite 9200, Moakley United
States Courthouse
One Courthouse Way
Boston, Mass. 02210
(617)748-3282

Of Counsel:

Jordan S. Fried
Associate General Counsel for Litigation
Federal Emergency Management Agency
500 C Street S.W., Suite 840
Washington D.C. 20472
(202) 646-4112

Certificate of Service

I hereby certify that I have served the foregoing upon Scotty Thyng, P.O. Box 990813, Boston, Massachusetts 02109, by first class mail, postage prepaid, on this 26th day of September 2005.

/S/ Anita Johnson_____
Anita Johnson
Assistant U.S. Attorney