IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTTY THYNG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL EMERGENCY )<br>MANAGEMENT AGENCY, )<br>)<br>Defendant. )<br>_____ ) | CIV. NO. 05-10987-RGS |

## **DEFENDANT FEMA'S MOTION TO DISMISS**

For the reasons set forth in the accompanying memorandum, the Federal Emergency Management Agency requests that this action be dismissed.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  /s/ Anita Johnson
    ANITA JOHNSON
    Assistant U.S. Attorney
    U. S. Attorney's Office
    Moakley United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    (617)748-3100

Of Counsel:

Jordan S. Fried
Associate General Counsel for Litigation
Federal Emergency Management Agency
500 C Street S.W., Suite 840
Washington D.C. 20472

<u>Certificate of Service</u>

  I hereby certify that I have served the foregoing upon Scotty Thyng, P.O. Box 990813, Boston, Massachusetts 02109, by facsimile transmission and by first class mail, postage prepaid, on this 28th day of September, 2005.

            <u>/S/ Anita Johnson   </u>