IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTTY THYNG,            )<br>                           )<br>   Plaintiff,            )<br>                           )<br>   v.                      )<br>                           )<br>FEDERAL EMERGENCY         )<br>MANAGEMENT AGENCY,        )<br>   Defendant.            )<br>_____) | CIVIL NO. 05-10987-RGS |

DECLARATION OF EDWARD A. BROYLES

I, Edward A. Broyles, state as follows:

1.     I am a Senior General Attorney in the General Law Division in the Office of the General Counsel ("OGC") of the Federal Emergency Management Agency ("FEMA"). In that capacity, while acting on behalf of the Associate General Counsel for General Law, I have been delegated the authority to review administrative tort claims filed with FEMA under the Federal Tort Claims Act, 28 U.S.C. § 2672. *See* 44 C.F.R. §11.15. All federal tort claims pertaining to FEMA, except for those for $200 or less, as set forth in 44 C.F.R. §11.11, must be presented to "the Office of General Counsel, Federal Emergency Management Agency, Washington, DC   20472." No other Office, directorate, or administration within FEMA is delegated the authority to receive or review administrative tort claims in excess of $200.

2.     Prompted by the Complaint filed by the above-captioned plaintiffs, I have caused review to be made of the information within FEMA's administrative Federal Tort

Claims system of records and my testimony is based on this review and my present knowledge.

3.      FEMA has no record of an administrative tort claim filed by Scotty Thyng or of a claim related to property located at 202 Manet Avenue, Quincy, Massachusetts.

In accordance with 28 U.S.C. § 1746, I hereby declare and affirm under penalty of perjury that the above statements are true and correct to the best of my knowledge, information and belief.

Signed this _9th_ day of August 2005.

*[signature: Edward A. Broyles]*

Edward A. Broyles
Senior General Attorney,
General Law Division
Federal Emergency Management Agency