**UNITED STATES OF AMERICA**

MOAKLEY DISTRICT COURT OF BOSTON       CASE NO. 05-10987-RGS

```
-------------------------------------------------)
SCOTTY THYNG                                     )
                                                 )
        Plaintiff                                )
                                                 )
                                                 )
v.                                               )
                                                 )
                                                 )
FEMA et al                                       )
                                                 )
        Defendants                               )
                                                 )
-------------------------------------------------)
```

## 10/12/05 Motion for Enlargement of Time for Plaintiff Opposition to Defendant Motion to Dismiss

Now comes Plaintiff Thyng and states the following under oath.

Thyng requests an enlargement of time by 14 days from today (to 10/26/05), the date his Opposition to Defendant Motion to Dismiss dated 9/28/05 is due.

Thyng received said Motion to Dismiss on 8/29/05 without Exhibits, which were not scanned by the Court due to Volume. Thyng received postal copy of the Motion including the Exhibits on 10/11/05.

Thyng was on vacation from 10/1/05 - 10/9/05. Thyng has already prepared 22-typed pages and @300-exhibit pages of his Opposition.

The Exhibits include two critical documents Thyng has never seen before . They are FEMA 7/27/05 Denial of his Administrative Appeal and 8/2/05 "clarification". In addition Thyng found today am entirely new document published by FEMA referencing his property as 05-01-0663P-255219.pdf This is the same document from the FEMA Motion dated 7/27/05 but that document is not labeled with the LOMC number as referenced. This document has been made final as it is published and freely available at FEMA as of today. The FEMA 8/2/05 letter seems to contradict this fact.

Given the above and FEMA's continued refusal to provide documents, we request an enlargement of time.

N<
3/y

~~Assented to~~   "No objection"

A.J. by VM to S. Thyng
10/12/05  /6:00 6pm

_____
Anita Johnson Esq.

Not Assented to


_____
Anita Johnson Esq.


Respectfully Submitted 10/12/05


_____
Scotty Thyng
PO box 990813
Boston MA 02199

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served by first class mail and email on the Defendants this 12th day of October 2005

*Scotty Thyng*