UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SCOTTY THYNG

    V.                      CIVIL ACTION NO. 05-10987-RGS

FEDERAL EMERGENCY MANAGEMENT AGENCY

### ORDER OF DISMISSAL

STEARNS, DJ.                                      OCTOBER 21, 2005

    THIS COURT HAVING ALLOWED THE DEFENDANT'S MOTION TO DISMISS,

    IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION  IS **DISMISSED.**

    SO ORDERED.

                                            RICHARD G. STEARNS
                                           UNITED STATES DISTRICT JUDGE

        BY:

                              /s/ Mary H. Johnson
                                Deputy Clerk