DC
2/3

# UNITED STATES OF AMERICA

MOAKLEY DISTRICT COURT OF BOSTON    CASE NO. 05-10987-RGS

```
------------------------------------------)
SCOTTY THYNG                              )
                                          )
    Plaintiff                             )
                                          )
                                          )
                                          )
v.                                        )
                                          )
                                          )
FEMA et al                                )
                                          )
    Defendants                            )
                                          )
------------------------------------------)
```

### 12-7-05 Pleading to Appeal Dismissal of Case 05-10987-RGS and 11-7-05 Denial of Motion to Reconsider

Now comes Plaintiff Thyng and states the following under oath.

Thyng files appeal of the above and makes notice of claim to preserve rights under FEMA LOMR Appeals as detailed in Thyng's Motion 10/27/05.

Respectfully Submitted 12/7/05

Scotty Thyng
PO box 990813
Boston MA 02199

JUL-30-2000 06:32P FROM: TO:12063393407 P:3/3

Flat Rate Envelope
Flat Rate postage regardless of weight, destination or type of mail
**Print Postage Online - Go to www.usps.com**

PLEASE PRESS FIRMLY

2304 0050 0000 3549 7907

SIGNATURE CONFIRMATION NUMBER:
2304 0050 0000 3549 7907

Scotty Thyng
PO box 990513
Boston, MA 02199

Address Service Requested

Civil
US D
Moak
1 Cou
Bosto

convenient Flat Rate Envelope.

SCOTTY THYNG                           1362
                                  Date 12/7/05

Pay to the order of  Clerk of district courts  $ 250.00
                     two hund fifty $ 00/100         Dollars

**BankBoston.**

For _____ 05-10987

⑆011000390⑆ 916 83104⑈ 1362