UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10987

Scotty Thyng

v.

Fema, et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/7/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 23, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12-23-5

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10987-RGS

Thyng v. Federal Emergency Management Agency
Assigned to: Judge Richard G. Stearns
Cause: 28:1446 Notice of Removal

Date Filed: 05/12/2005
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

Scotty Thyng     represented by   **Scotty Thyng**
P.O. Box 990813
Boston, MA 02199
617-249-0949
Email: scottyat@csi.com
PRO SE

V.

**Defendant**

Federal Emergency Management Agency     represented by   **Anita Johnson**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Email: anita.johnson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2005 | 1 | NOTICE OF REMOVAL by Federal Emergency Management Agency from Suffolk Superior Court, case number 05-1533. receipt number n/a, filed by Federal Emergency Management Agency. (Attachments: # 1) (Flaherty, Elaine) (Entered: 05/16/2005) |
| 05/12/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Flaherty, Elaine) (Entered: 05/16/2005) |
| 05/18/2005 | 2 | ANSWER to Complaint by Federal Emergency Management Agency. |

| | | |
|---|---|---|
| | | (Johnson, Anita) (Entered: 05/18/2005) |
| 05/27/2005 | 3 | Emergency MOTION to Continue Injunction by Scotty Thyng. (Attachments: # 1)(Gawlik, Cathy) (Entered: 05/27/2005) |
| 05/27/2005 | 4 | MOTION To be Copied all DOcuments Electronically by Scotty Thyng. (Gawlik, Cathy) (Entered: 05/27/2005) |
| 05/27/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting in part and denying in part 3 Motion to Continue. The court will maintain the staus quo until the government has an opportunity to file a response to the motion for a temporary injunction. The court will then either issue a decision on the merits or schedule a hearing. (Hamilton, Maria Raia) (Entered: 05/27/2005) |
| 06/08/2005 | 5 | STATE COURT Record, filed. (Flaherty, Elaine) (Entered: 06/08/2005) |
| 07/12/2005 | | Judge Richard G. Stearns : Electronic ORDER entered denying 4 Motion copies of documents (Flaherty, Elaine) (Entered: 07/13/2005) |
| 07/12/2005 | 6 | NOTICE of Scheduling Conference entered: Scheduling Conference set for 9/19/2005 04:00 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 07/13/2005) |
| 08/03/2005 | 7 | RESPONSE to Motion re 3 MOTION to Continue filed by Federal Emergency Management Agency. (Johnson, Anita) (Entered: 08/03/2005) |
| 08/05/2005 | | Judge Richard G. Stearns : Electronic ORDER entered denying 8 Motion for Clarification re 8 MOTION for Clarification re Order on injunction, filed by Scotty Thyng, "Denied. See Government's response of 8/3/05." (Flaherty, Elaine) (Entered: 08/08/2005) |
| 08/08/2005 | 8 | MOTION for Clarification re Order of Injunction by Scotty Thyng. (filed as an emergency motion on 7/28/05, went directly to Judge in Chambers) (Flaherty, Elaine) (Entered: 08/08/2005) |
| 08/12/2005 | 9 | MOTION to Continue scheduling conference by Scotty Thyng.(Flaherty, Elaine) (Entered: 08/15/2005) |
| 08/15/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 9 Motion to Continue. "the 16b conf. is re-scheduled to Tues., November 15, 2005 at 2:30 P.M. No further continuances"... (Johnson, Mary) (Entered: 08/15/2005) |
| 08/31/2005 | 11 | MOTION for Contempt (late docket entry, document went directly to Judge as was an emergency matter) by Scotty Thyng.(Flaherty, Elaine) (Entered: 09/12/2005) |
| 09/06/2005 | 10 | Judge Richard G. Stearns : Electronic ORDER entered. (Johnson, Mary) (Entered: 09/06/2005) |
| 09/12/2005 | | Judge Richard G. Stearns : Electronic ORDER entered denying 11 Motion for Contempt "The government will file a dispositive motion within fourteen (14) days of the date of this Order." (Flaherty, Elaine) |

| | | |
|---|---|---|
| | | (Entered: 09/12/2005) |
| 09/26/2005 | 12 | MOTION for Extension of Time to 09/28/05 by Federal Emergency Management Agency.(Johnson, Anita) (Entered: 09/26/2005) |
| 09/27/2005 | | Judge Richard G. Stearns : ElectronicORDER entered granting 12 Motion for Extension of Time. (Johnson, Mary) (Entered: 09/27/2005) |
| 09/28/2005 | 13 | MOTION to Dismiss by Federal Emergency Management Agency. (Johnson, Anita) (Entered: 09/28/2005) |
| 09/28/2005 | 14 | MEMORANDUM in Support re 13 MOTION to Dismiss *and Opposition to Request for Injunctive Relief* filed by Federal Emergency Management Agency. (Johnson, Anita) (Entered: 09/28/2005) |
| 09/28/2005 | 15 | DECLARATION re 14 Memorandum in Support of Motion *(Edward A. Broyles)* by Federal Emergency Management Agency. (Johnson, Anita) (Entered: 09/28/2005) |
| 09/28/2005 | 16 | DECLARATION re 14 Memorandum in Support of Motion *(Emily Hirsch - hard copy w/exhibits filed in court)* by Federal Emergency Management Agency. (Johnson, Anita) (Entered: 09/28/2005) |
| 10/13/2005 | 17 | MOTION for Extension of Time to 10/26/05 to oppose mtn dismiss by Scotty Thyng.(Flaherty, Elaine) (Entered: 10/20/2005) |
| 10/18/2005 | | Judge Richard G. Stearns : ElectronicORDER entered granting 13 Motion to Dismiss "The suit is barred by sovereign immunity." (Flaherty, Elaine) (Entered: 10/20/2005) |
| 10/21/2005 | 18 | Judge Richard G. Stearns : Electronic ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 10/21/2005) |
| 10/28/2005 | 19 | MOTION for Reconsideration re 18 Order by Scotty Thyng.(Flaherty, Elaine) (Entered: 11/08/2005) |
| 11/08/2005 | | Judge Richard G. Stearns : Electronic ORDER entered denying 19 Motion for Reconsideration (Flaherty, Elaine) (Entered: 11/08/2005) |
| 11/10/2005 | | Motions terminated: 17 MOTION for Extension of Time to 10/26/05 to oppose mtn dismiss filed by Scotty Thyng, finding as moot per RGS. (Flaherty, Elaine) (Entered: 11/10/2005) |
| 12/07/2005 | 20 | NOTICE OF APPEAL as to 18 Order, Order on Motion for Reconsideration by Scotty Thyng. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/27/2005. (Flaherty, Elaine) (Entered: 12/13/2005) |