RGS 2/8

**UNITED STATES OF AMERICA**

MOAKLEY DISTRICT COURT OF BOSTON CASE NO. 05-10987-RGS

SCOTTY THYNG

Plaintiff

v.

FEMA et al

Defendants

## 2/3/06 MOTION TO COMPEL DISCOVERY

Now comes Plaintiff Thyng and states the following under oath.

On 5/24/05 Anita Johnson, Council for the Defendants, seeking to comply with voluntary disclosure asked Thyng to send a letter detailing Thyng's prior FOIA requests of the defendants. Also on that date as instructed Thyng spoke with and wrote to Kevin Merli of FEMA's Boston Office a 114-page document to reiterate the FOIA and request clarification of the CTP(s).

On 7/29/05 Thyng spoke with Anita Johnson to coordinate their work under the scheduling conference order and to complain that he had received absolutely no contact concerning his FOIA requests that at that time were already eight months overdue. Johnson informed Thyng she was not involved with those but contacted Jordan Fried Chief Council FEMA and asked Thyng to write to him and copy those prior requests. Thyng wrote to Jordan on 8/2/05.

Thyng requested a continuance to certain date of the 9/18/05 scheduling conference as without the aforesaid data he was unable to comply with LR: 16-2.2, 16-2.3, 16-2.4, 16-2.5, 16-2.6, 16-2.7, 16-2.8, 16-2.10.

The continuance was granted but the suit was dismissed on 10/21/05 with Thyng still having received no documents whatsoever.

On 12/7/05 Thyng filed appeal of the dismissal.

RGS 3/8

FEMA sent a scant package of documents on 12/20/05. There were only 18-pages of documents pertaining to Thyng's property. The majority of documents were old administrative requests from a different map panel than Thyng's property and were useless.

On 1/19/06 Thyng returned the useless documents.[1]

On 1/31/06 Thyng spoke with Elaine Chan at FEMA and sent a letter[2] detailing the gross inadequacies of the discovery. Chan reiterated that "**the only reasonable way you will get these documents is if the court orders it** because we have a three-year backlog of requests ahead of you".

Thyng spoke with Anita Johnson on 2/2/06 asking her help and she stated that FEMA has informed her they have fully complied with the FOIA requests.

Thyng has been in continuous communication with FEMA during this 12-month period to obtain discovery to no avail. Thyng has no plain speedy adequate remedy administratively or judicially to obtain these documents critical to his case.

Thyng encloses as offer of proof the fact that FEMA sent no documents whatsoever from Dewberry who represented FEMA for 14-months during Thyng's LOMA and 5-months during Thyng's LOMR/letter. Thyng has been informed by Dewberry that on or about 9/3/04 Jeff Sample of FEMA/Dewberry did remove all of Thyng's property from the SFHA but that a Mike Godesky (and other parties unknown) did arbitrarily ignore the engineering and request from Dewberry and instead raise the level of flooding and put all of Thyng property in SFHA (irrespective of the fact that parts of Thyng's property rise 34' above sea-level.) FEMA included no documents whatsoever from the Boston FEMA office despite Thyng's communications with that office over a two year period which comprise several hundred pages of documents. Despite the specific FOIA request there were absolutely no documents from NFIP (the administrator of the flood program) or the Regional Coordinator.

In the interest of fair play and judicial efficiency Thyng requests this court to order FEMA to forthwith comply with the FOIA requests in accordance with the attached Discovery Order. as previously submitted and not yet acted upon by the Court.

Respectfully Submitted 2/3/06

Scotty Thyng
PO box 990813
Boston MA 02199

---

[1] See 2-pg. Exhibit "A"
[2] See attached 1-pg. Exhibit "B" 1/31/06

RGS
4/8

**UNITED STATES OF AMERICA**

MOAKLEY DISTRICT COURT OF BOSTON CASE NO. 05-10987-RGS

| | |
|---|---|
| SCOTTY THYNG | ) |
| Plaintiff | ) |
| v. | ) |
| FEMA et al | ) |
| Defendants | ) |

**2/3/06 DISCOVERY ORDER**

This Court orders FEMA to forthwith comply with the FOIA requests by Scotty Thyng.

This Court orders FEMA to fully comply with said requests a mandatory discovery at no charge to Thyng and to fully comply with 14-calendar days.

So ordered

______________________ ______________________

Judge dated this

RGS
5/8

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served by first class mail on the Defendants this 3rd day of February 2006

---------------------------------------------
Scotty Thyng

Exhibit 1/2

RGS 6/8

1-19-06

Elaine Chan
FOIA Liaison
FEMA
500 C Street S.W., Suite 840
Washington D.C. 20472

USPS/rrr
And by fax# 1-202-646-3958

Re: Scotty Thyng FOIA requests 05-214

Dear Ms. Chan,

I am confirming receipt of the documents postmarked 12/22/05 and with cover letter dated 12/20/05.

They are several LOMA files copies only. None seems complete. The redacting on each is done poorly. Within minutes of cursory review of each I was able to determine both owner names and addresses.

Most are from a different map panel then me so are useless. I did not request them. I did request, and still await, LOMC's (and the balance of documents from my FOIA's) from the area near me (my map panel along Quincy bay). I am returning all these documents that are not from my map panel (or not from Quincy Bay side of Hough's Neck) and ask that if I have been charged any monies for them that I forthwith be refunded accordingly.

I received several sheets from my LOMA at 202 Manet Av. 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A) which are grossly incomplete and which were not redacted at all. There is 18-pages and only one page from me to Dewberry (despite the fact there are dozens of correspondences between myself and Dewberry). The is no correspondence whatsoever concerning my LOMR) There are no LOMR's included with the package whatsoever. Nor is there any paperwork concerning the citywide FIRM update as requested (among many other items).

Find enclosed in order as received-

| | | | |
|---|---|---|---|
| RI 218 70 R | 18-pages | Map Panel 0012C | Credit Due |
| 05-01-0760A | 31-pages | Map Panel 0016B | Credit Due |
| CID 255219 | 7-pages (illegible) | unknown | Credit Due |
| CID 255219 | 15-pages (mostly illegible) | unknown | Credit Due |
| 05-01-027 3A | 31-pages | 008B | not returned |
| 05-01-0265A | 37-pages | 0016B | Credit Due |
| 04-01-0940A | 25-pages | 008B | not returned |
| 03-01-1862A | 18-pages | 008B | not returned |
| 02-01-0027A | 34-pages | 0016B | Credit Due |

RGS 7/8

| | | | |
|---|---|---|---|
| 02-01-1118A | 23-pages (Edgewater Drive) | 0008B | Credit Due |
| 01-01-1262A | 31-pages | 0008B | not returned |
| 218-70-RS | 28-pages | 0016B | Credit Due |
| 99-01-1050A | 27-pages | 1116B | Credit Due |
| 99-01-368A | 27-pages (duplicate) | 1116B | Credit Due |
| 01-01-0796A | 44-pages | 0016B | Credit Due |

2/2

Very truly yours,

Scotty Thyng
617-249-0949

Enc. as above

RGS 8/8

Exh. "B"

013106

Elaine Chan
FOIA Liaison
FEMA
500 C Street S.W., Suite 840
Washington D.C. 20472

And by email- elaine.chan@dhs.gov

Re: Scotty Thyng FOIA 05-214

Dear Elaine,

Nice speaking with you and thanks for your help. I understand you will have a meeting with Willie Taylor and his people to clear this up, so I am creating this memo to help.

I started my FOIA's with Dewberry 16-months ago and subsequently learned that their files were transferred to Baker over a year ago. I need a complete copy of their files concerning my property - 202 Manet Av. LOMA# 03-01-1862A and LOMR# 02-01-1718A. I understand from them this was all in one file, as they used much of the extensive LOMA review for the LOMR.

In particular I need all paperwork from Dewberry from dates in the above file from 6/20/04-1/5/05; and paperwork from the Boston FEMA office from these same dates.

I am confirming that to your knowledge, inasmuch as you directly mailed me the package, the transmittal of 12/20/05 was ostensibly FEMA's full compliance with my FOIA.

I am confirming our conversation that the documents transmitted were grossly inadequate. They consisted mostly of old LOMA's from West Quincy that is not even near the ocean or on my FIRM map panel. There were 18-pgs. from my LOMA yet I have several hundred myself from my own files.

There was nothing whatsoever from the LOMR or the dates 6/20/04- 1/5/05. There was nothing from the Boston FEMA Office despite my files showing several hundred pages of documents back and forth from them.

There was nothing from any agency concerning my property at 198 Manet Ave.

There was nothing from any of the agencies concerning 202 Manet Av., aside from the 18-pgs. listed above. These agencies include NFIP, Massachusetts Regional Coordinator etc. all as more fully listed in my FOIA's

Very truly yours,

[signature]

Scotty Thyng