# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 06-1031

USDC Docket Number : 05-cv-10987

Scotty Thyng

v.

Fema et al

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

8, 11, 29

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 10, 2006.

Sarah A. Thornton, Clerk of Court

By: *Janette Ramos*
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/11/06.

*D Barchard*
Deputy Clerk, US Court of Appeals

- 3/06