UNITED STATES OF AMERICA

MOAKLEY DISTRICT COURT OF BOSTON   CASE NO. 05-10987-RGS

```
-----------------------------------------)
SCOTTY THYNG                             )
                                         )
     Plaintiff                           )
                                         )
                                         )
v                                        )
                                         )
                                         )
FEMA et al                               )
                                         )
     Defendants                          )
                                         )
-----------------------------------------)
```

### 5/15/06 MOTION for reconsideration of Denial of Motion for Statement of Decisions

Now comes Plaintiff Thyng and states the following under oath.

On 5/3/06 Thyng for the first time saw your Denial of his Motion for Statement of Decisions. Thyng has recently filed a petition to file a supplemental brief and awaits the Statements of Decisions.

Thyng respectfully requests a reconsideration of his original motion and failing that a statement of this denial decision.

Respectfully Submitted 5/15/06

*[signature]*

Scotty Thyng
PO box 990813
Boston MA 02199

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served by first class mail on the Defendants this 15th day of May 2006

------------------------------------
Scotty Thyng

RGS
3/3