MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-1031

SCOTTY THYNG,

Plaintiff, Appellant,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY,

Defendant, Appellee.

---

Before

Boudin, <u>Chief Judge</u>,
Selya and Lipez, <u>Circuit Judges</u>.

---

JUDGMENT

Entered: July 19, 2006

    We have carefully reviewed the record in this case, including the submissions of the parties. We affirm the dismissal and add only the following.

    It is well settled that a federal court lacks jurisdiction over a tort action brought against the United States unless the plaintiff has filed a timely administrative claim with the appropriate federal agency. <u>Attalah</u> v. <u>United States</u>, 955 F.2d 776, 779 (1st Cir. 1992). No such claim was filed in the instant case.

    Moreover, since takings claims for amounts greater than $10,000 fall within the exclusive jurisdiction of the Court of Federal Claims, <u>Eastern Enterprises</u> v. <u>Apfel</u>, 524 U.S. 498, 520 (1998); <u>Morris</u> v. <u>United States</u>, 392 F.3d 1372, 1375 (Fed. Cir. 2004); <u>Johnson</u> v. <u>City of Shorewood</u>, 360 F.3d 810, 816 (8th Cir. 2004), the district court also lacked jurisdiction to adjudicate this claim.

Finally, inasmuch as plaintiff did not challenge the flood elevation determinations on the basis of scientific or technical evidence as required by 42 U.S.C. § 4104(b), FEMA committed no abuse of discretion in denying his appeal.

The district court dismissal of this action is affirmed. Appellant's request to file a supplemental brief is denied as moot.

By the Court:

Richard Cushing Donovan, Clerk.

...d and Issued as Mandate
...der Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

MARGARET CARTER

By: _____
    Chief Deputy Clerk.

Deputy Clerk

Date: 10/31/06

[cc: Scotty Thyng, Anita Johnson, AUSA]